Richard D. Roth, Esq. (State Bar No. 94479)
**ROTH CARNEY KNUDSEN, LLP**
3850 Vine Street, Suite 240
Riverside, California 92507
(951) 682-6500/Telephone
(951) 682-6591/Facsimile
rroth@rothcarney.com

Timothy T. Coates (State Bar No. 110364)
Cynthia E. Tobisman (State Bar No. 197983)
**GREINES, MARTIN, STEIN & RICHLAND LLP**
5900 Wilshire Boulevard, 12th Floor
Los Angeles California 90036-3626
(310) 859-7811/Telephone
(310) 276-5261/Facsimile
tcoates@gmsr.com
ctobisman@gmsr.com

James E. Brown, Esq. (State Bar No. 162579)
Supervising Deputy City Attorney
**CITY OF RIVERSIDE**
3900 Main Street
Riverside, California 92522
(951) 826-5691/Telephone
(951) 826-5540/Facsimile
jbrown@riversideca.gov

Attorneys for Defendants CITY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS NAZARIO, Jr., an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RIVERSIDE; and DOES 1-10,<br><br>Defendants. | CASE NO. CV 10-01731 JFW (DTBx)<br><br>**AMENDED ANSWER TO COMPLAINT FOR DAMAGES FOR VIOLATIONS OF THE UNIFORMED SERVICES EMPLOYMENT AND RE-EMPLOYMENT RIGHTS ACT 38 U.S.C. § 4301 et seq. ("USERRA");**<br><br>**(1) DENIAL OF RETENTION IN EMPLOYMENT IN VIOLATION OF USERRA;**<br>**(2) DENIAL OF RE-EMPLOYMENT AND/OR EMPLOYMENT IN** |

-1-

**VIOLATION OF USERRA.**

**Honorable John F. Walter**
**U.S. District Court Judge**

Defendant CITY OF RIVERSIDE ("CITY"), also referred to herein as "Defendant"), answering for itself and no other defendant, respond to the Complaint for Damages for Violations of the Uniformed Services Employment and Re-employment Rights Act 38 U.S.C. § 4301 et Seq. ("USERRA"); (1) Denial of Retention in Employment in Violation of USERRA; (2) Denial of Re-employment and/or Employment in Violation of USERRA ("Complaint") herein as follows:

## NATURE OF THE ACTON

1. Responding to the allegations contained in the first unnumbered paragraph of the Complaint, said paragraph purports to state information for which no answer appears required. However, to the extent an answer is required, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

2. Responding to the allegations contained in paragraph 1 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

3. Responding to the allegations contained in paragraph 2 of the Complaint, Defendant admits that Plaintiff was failed on probation from his probationary position as a police officer with the City of Riverside on or about August 7, 2007. Further responding to the allegations of said paragraph, Defendant denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

4. Responding to the allegations contained in paragraph 3 of the Complaint, said paragraph purports to state principles of Federal law, for which no

answer appears to be required. However, to the extent an answer is deemed to be required, Defendant denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

5. Responding to the allegations contained in paragraph 4 of the Complaint, said paragraph purports to state principles of Federal law, for which no answer appears to be required. However, to the extent an answer is deemed to be required, Defendant denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

6. Responding to the allegations contained in paragraph 5 of the Complaint, said paragraph purports to state principles of Federal law, for which no answer appears to be required. However, to the extent an answer is deemed to be required, Defendant denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

## JURISDICTION

7. Responding to the allegations contained in paragraph 6 of the Complaint, Defendant admits the allegations contained in said paragraph.

## VENUE

8. Responding to the allegations contained in paragraph 7 of the Complaint, Defendant admits the allegations contained in said paragraph.

## PARTIES AND STANDING

9. Responding to the allegations contained in paragraph 8 of the Complaint, Defendant admits that Plaintiff was employed by the City of Riverside as a probationary? police officer and that he was a resident of Riverside County, California. Further responding to the allegations of said paragraph, Defendant denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

10. Responding to the allegations contained in paragraph 9 of the Complaint, Defendant admits the allegations contained in said paragraph.

11.     Responding to the allegations contained in paragraph 10 of the Complaint, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

12.     Responding to the allegations contained in paragraph 11 of the Complaint, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

13.     Responding to the allegations contained in paragraph 12 of the Complaint, said paragraph purports to state principles of Federal law, for which no answer appears to be required. However, to the extent an answer is deemed to be required, Defendant denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

## **FACTUAL ALLEGATIONS**

14.     Responding to the allegations contained in paragraph 13 of the Complaint, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

15.     Responding to the allegations contained in paragraph 14 of the Complaint, Defendant admits that Plaintiff applied for a position; that he was hired in or about November 16, 2005; and, that he was failed on probation from his probationary employment on or about August 7, 2007. Further responding to the allegations of said paragraph, Defendant denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

16. Responding to the allegations contained in paragraph 15 of the Complaint, Defendant admits that an agent for the NCIS contacted Defendant City of Riverside about Nazario's involvement in an incident in Fallujah, Iraq in advance of his arrest; and, that Defendant City of Riverside did not inform Nazario of that NCIS contact at the time. Further responding to the allegations of said paragraph, Defendant denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

17. Responding to the allegations contained in paragraph 16 of the Complaint, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

18. Responding to the allegations contained in paragraph 17 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

19. Responding to the allegations contained in paragraph 18 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

20. Responding to the allegations contained in paragraph 19 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

21. Responding to the allegations contained in paragraph 20 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

22. Responding to the allegations contained in paragraph 21 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

23. Responding to the allegations contained in paragraph 22 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

24. Responding to the allegations contained in paragraph 23 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

25. Responding to the allegations contained in paragraph 24 of the Complaint, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

26. Responding to the allegations contained in paragraph 25 of the Complaint, Defendant admits that Plaintiff was acquitted of charges in his Federal criminal trial. Further responding to the allegations of said paragraph, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

27. Responding to the allegations contained in paragraph 26 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

28. Responding to the allegations contained in paragraph 27 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

29. Responding to the allegations contained in paragraph 28 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

///
///

# FIRST CLAIM FOR RELIEF

## DENIAL OF RETENTION IN EMPLOYMENT IN VIOLATION OF 38 U.S.C. §4301 et seq., Against Defendant and Does 1-10.

30. Responding to the allegations contained in paragraph 29 of the Complaint, Defendant incorporates its responses to paragraphs 1 through 28 of the Complaint as though set forth in full herein.

31. Responding to the allegations contained in paragraph 30 of the Complaint, said paragraph purports to state principles of Federal law, for which no answer appears to be required. However, to the extent an answer is deemed to be required, Defendant denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

32. Responding to the allegations contained in paragraph 31 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

33. Responding to the allegations contained in paragraph 32 of the Complaint, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

34. Responding to the allegations contained in paragraph 33 of the Complaint, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

35. Responding to the allegations contained in paragraph 34 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

36. Responding to the allegations contained in paragraph 35 of the

Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

## SECOND CLAIM FOR RELIEF
## DENIAL OF EMPLOYMENT AND/OR REEMPLOYMENT
## IN VIOLATION OF 38 U.S.C. §4301 et seq.,
### Against Defendant and Does 11-20

37. Responding to the allegations contained in paragraph 36 of the Complaint, Defendant incorporates its responses to paragraphs 1 through 35 of the Complaint as though set forth in full herein.

38. Responding to the allegations contained in paragraph 37 of the Complaint, said paragraph purports to state principles of Federal law, for which no answer appears to be required. However, to the extent an answer is deemed to be required, Defendant denies generally and specifically, conjunctively and disjunctively, each and every remaining allegation contained therein.

39. Responding to the allegations contained in paragraph 38 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

40. Responding to the allegations contained in paragraph 39 of the Complaint, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

41. Responding to the allegations contained in paragraph 40 of the Complaint, Defendant lacks information or belief sufficient to enable it to respond to the allegations of said paragraph, and on that basis denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

42. Responding to the allegations contained in paragraph 41 of the

Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

43.     Responding to the allegations contained in paragraph 42 of the Complaint, Defendant denies generally and specifically, conjunctively and disjunctively, each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff's purported causes of action, and each of them, fail to state a claim on which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

**(Legitimate Non-Discriminatory/Non-Retaliatory Act)**

Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff's claims are barred because Defendant's alleged actions, if those occurred, were taken for legitimate non-discriminatory/non-retaliatory reasons unrelated to Plaintiff's service in the armed services.

### THIRD AFFIRMATIVE DEFENSE

**(Lawful Actions)**

Defendant is informed and believes, and upon such information and belief alleges, that even if Plaintiff's protected status or activity was a factor in the action or actions allegedly taken by Defendant, Defendant would have taken the action or actions complained of without regard to Plaintiff's protected status or activity.

### FOURTH AFFIRMATIVE DEFENSE

**(Liquidated/Punitive Damages)**

Defendant is informed and believes, and upon such information and belief alleges, that the Complaint fails to state facts sufficient to constitute a claim against Defendant for punitive/liquidated damages in any amount whatsoever or

any damage of any nature whatsoever in any amount.

## FIFTH AFFIRMATIVE DEFENSE
### (No Different Treatment)

Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff has not been treated differently than any other employees under similar circumstances.

## SIXTH AFFIRMATIVE DEFENSE
### (After Acquired Evidence)

Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff's claims are barred by the after acquired evidence doctrine

## SEVENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

Defendant is informed and believes, and upon such information and belief alleges, that to the extent Plaintiff has sustained damages, Plaintiff has contributed in a direct and proximate manner to his damages by failing to act reasonably and prudently to mitigate his damages. Plaintiff's compensable damages, if any, must be reduced by the extent to which those damages were proximately caused by Plaintiff's failure to mitigate his damages.

## EIGHTH AFFIRMATIVE DEFENSE
### (Laches)

Defendant is are informed and believes, and upon such information and belief alleges, that Plaintiff's claims, and each of them, are barred from recovery by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE
### (Conduct)

Defendant is informed and believes, and upon such information and belief alleges, that the acts complained of by Plaintiff were the result of his own conduct and not his military service.

## TENTH AFFIRMATIVE DEFENSE

### (Not Qualified Police Officer)

Defendant is informed and believes, and upon such information and believe alleges, that Plaintiff is not qualified to serve as a police officer.

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1. That Plaintiff takes nothing from Defendant; and

2. For such other and further relief as the court may deem just and proper.

DATED: April 15, 2010
ROTH CARNEY KNUDSEN, LLP

By: _____
Richard D. Roth
Attorneys for Defendant
CITY OF RIVERSIDE

DEFENDANT'S <u>AMENDED</u> ANSWER TO COMPLAINT FOR DAMAGES

I:\RDR\WP\R0072\028\AMENDEDANSWER4.wpd

|  |  |  |
|---|---|---|
| STATE OF CALIFORNIA | ) | **CERTIFICATION OF SERVICE** |
| COUNTY OF RIVERSIDE | ) | |

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 3850 Vine Street, Suite 240, Riverside, California.

On April 15, 2010, I served the foregoing document described as **AMENDED ANSWER TO COMPLAINT FOR DAMAGES FOR VIOLATIONS OF THE UNIFORMED SERVICES EMPLOYMENT AND RE-EMPLOYMENT RIGHTS ACT 38 U.S.C. § 4301 ET SEQ. ("USERRA"); (1) DENIAL OF RETENTION IN EMPLOYMENT IN VIOLATION OF USERRA; (2) DENIAL OF RE-EMPLOYMENT AND/OR EMPLOYMENT IN VIOLATION OF USERRA** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Joseph M. Preis, Esq.
Kevin Barry McDermott, Esq.
Godes & Preis, LLP
8001 Irvine Center Drive, Suite 1040
Irvine, CA 92618
(949) 468-0051/Office
(949) 872-2281/Facsimile
jpreis@gaplegal.com
kmcdermott@gaplegal.com
*Attorneys for Plaintiff*

__X__   I am "readily familiar" with the firm's practice of collection and processing correspondence for **mailing**. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Riverside, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__x__   I transmitted by **facsimile** machine, pursuant to rule 2009. The facsimile machine I used complied with rule 2003(3) and no error was reported by the machine. Pursuant to rule 2009(I), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

___   I served the Document(s) designated above on the person(s) so designated by causing to be **personally** delivered a true copy of such Document(s) to such person(s) at the Place of Service designated above.

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the above is true and correct.

Executed this 15th day of April, 2010, at Riverside, California.

___Elizabeth Balistreri___                                    _____
(type or print name)                                                  (signature)

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

-12-
DEFENDANT'S **AMENDED** ANSWER TO COMPLAINT FOR DAMAGES
I:\RDR\WP\R0072\028\AMENDEDANSWER4.wpd