1  Richard D. Roth, Esq. (State Bar No. 94479)
   ROTH CARNEY KNUDSEN, LLP
2  3850 Vine Street, Suite 240
   Riverside, California 92507
3  (951) 682-6500/Telephone
   (951) 682-6591/Facsimile
4  rroth@rothcarney.com

5  Timothy T. Coates (State Bar No. 110364)
   Jeffrey E. Raskin (State Bar No. 223608)
6  GREINES, MARTIN, STEIN & RICHLAND LLP
   5900 Wilshire Boulevard, 12th Floor
7  Los Angeles, California 90036-3626
   (310) 859-7811/Telephone
8  (310) 276-5261/Facsimile
   tcoates@gmsr.com
9  jraskin@gmsr.com

10 James E. Brown, Esq. (State Bar No. 162579)
   Supervising Deputy City Attorney
11 CITY OF RIVERSIDE
   3900 Main Street
12 Riverside, California 92522
   (951) 826-5567/Telephone
13 (951) 826-5540/Facsimile
   jbrown@riversideca.gov

14
   Attorneys for Defendant CITY OF RIVERSIDE
15

16                UNITED STATES DISTRICT COURT

17               CENTRAL DISTRICT OF CALIFORNIA

18 JOSE LUIS NAZARIO, JR., an          )  Case No. CV-10-01731 VAP (DTBx)
   Individual,                         )
19                                     )  **DECLARATION OF MICHAEL**
             Plaintiff,                )  **BLAKELY IN SUPPORT OF**
20                                     )  **DEFENDANT CITY OF**
        v.                             )  **RIVERSIDE'S MOTION FOR**
21                                     )  **SUMMARY JUDGMENT AND**
   CITY OF RIVERSIDE; and DOES 1-      )  **SUPPORTING <u>REDACTED</u>**
22 10,                                 )  **EXHIBITS**
                                       )
23           Defendants.               )  Date:       March 21, 2011
                                       )
24                                     )  Time:       2:00 p.m.
                                       )
25                                     )  Courtroom: 2
                                       )
26 _____       )  Judge:      Hon. Virginia Phillips
                                          Trial Date: April 26, 2011
27

28

## DECLARATION OF MICHAEL BLAKELY

I, Michael J. Blakely, do hereby declare as follows:

1.      I am employed as Deputy Chief of Policy of the Riverside Police Department ("RPD"). Each of the facts contained in this declaration is of my own personal knowledge and if called upon to testify I could, and would, testify competently thereto.

2.      From in or about August 2006 to in or about July 2010, I served as Captain in Charge of the RPD Support Services Division. In that role, I supervised the Personnel and Training Department and had overall responsibility for RPD's police officer hiring and training.

3.      In that capacity, I was aware that Plaintiff Jose Nazario, a former member of the U. S. Marine Corps, was hired as a Police Trainee on November 14, 2005. I am also familiar with RPD's policies and practices regarding preparation and retention of personnel-related documents, including documents related to the application and hiring process. I make use of these documents during my work now as I did when I was the Captain in Charge of RPD Support Services Division. Attached hereto are true and correct copies of the following documents that were a part of Nazario's application and hiring process and that are maintained as a part of RPD's usual business practices: Nazario's resume (Exhibit A); Nazario's written statement (Exhibit B); Nazario personal history statement (Exhibit C); Nazario's pre-background investigation questionnaire (Exhibit D); Nazario's interview evaluations (Exhibit E); and Nazario's psychological evaluation (Exhibit F).

4.      "Police Trainee" is a civilian job classification. After police trainees graduate from the police academy, they are sworn in as peace officers. Under RPD policy, such peace officers must serve an eighteen-month probationary period after they are sworn in. During this probationary period, RPD continues to evaluate the officers. Probationary officers are not entitled to the same

1    employment rights as they would receive after the completion of their

2    probationary period.  For instance, a collectively-bargained Memorandum of

3    Understanding requires an administrative investigation and hearing process before

4    an officer's employment can be terminated if that officer has completed his

5    probationary period.  Probationary officers are not entitled to and do not receive

6    any such procedure.  Additionally, because the probationary period is essentially

7    a part of the hiring process through which individual's are constantly evaluated,

8    there is a lower bar in decisions to retain a probationary officer than to discipline

9    a tenured officer.

10        5.    As Captain in Charge of Support Services, I was also aware that

11   Nazario graduated from the Riverside County Sheriff's Academy and was sworn

12   in as a probationary Riverside Police Officer on or about April 25, 2006.  At that

13   point, he began his formal field training program and probationary period.  His

14   probationary period was thus set to expire on October 25, 2007.  Attached hereto

15   as Exhibit G is a true and correct copy of the City of Riverside Personnel Action

16   Notice, which is maintained in Nazario's file and which shows the date on which

17   he was sworn in as a peace officer.

18        6.    During Nazario's probationary period, on or about January 10, 2007,

19   Naval Criminal Investigative Service ("NCIS") Special Agent Mark Fox informed

20   RPD that NCIS was conducting a criminal investigation into one or more incidents

21   which occurred during Nazario's period of military service in Iraq.  Special Agent

22   Fox verified that Nazario was employed by RPD.  RPD, however, declined to set

23   up a meeting between Nazario and Special Agent Fox.

24        7.    From January to May 2007, Special Agent Fox had periodic contact

25   with RPD representatives regarding the status of his investigation.  However,

26   Special Agent Fox provided almost no details regarding the nature of the

27   investigation.  RPD continued to employ Nazario as a probationary police officer

28

1   during the NCIS investigation because it did not have sufficient information to

2   suggest that a different action was warranted.

3         8.     On or about May 8, 2007, based on a telephone conversation between

4   Special Agent Fox and Lieutenant Ed Blevins of RPD's Internal Affairs Division,

5   Blevins and I were under the impression that the NCIS investigation might result

6   in Nazario's indictment on federal criminal charges.  Still, Special Agent Fox

7   provided no further details regarding the investigation.  I briefed Assistant Chief

8   John DeLaRosa on my understanding that a criminal indictment might result from

9   the investigation.  Based on the limited information available to us, we decided not

10  to take any employment action against Nazario.

11        9.     On or about July 5, 2007, Special Agent Fox provided Lieutenant

12  Blevins with a copy of a Los Angeles Times news article providing some details

13  into the NCIS investigation.  No further details were provided to RPD.  Based on

14  the information available, we again made the decision not to take any action

15  regarding Nazario's employment.

16        10.    Then, on or about July 19, 2007, Thomas O'Brien, then U.S.

17  Attorney-designate and Chief of the Criminal Division of the Los Angeles

18  U.S. Attorneys Office briefed then-RPD Chief Russ Leach and me on the facts

19  that came to light during the NCIS investigation.  O'Brien explained that during

20  a U.S. Secret Service pre-employment interview, Ryan Weemer, who had served

21  with Nazario in Iraq, implicated Nazario and other members of the squad in the

22  killing of four unarmed Iraqi detainees that were under their control.  According to

23  O'Brien, the evidence established that Nazario's squad "proned out" the detainees,

24  that Nazario killed two of the unarmed detainees, and that Nazario then ordered

25  other members of his squad to kill the other unarmed detainees.  O'Brien also

26  stated that in the course of undercover NCIS activities, Nazario had admitted to

27  participating in these illegal actions.  O'Brien made clear that the U.S. Attorney's

28

1  Office intended to charge and prosecute Nazario for the killing of these unarmed

2  Iraqis and that if convicted, Nazario would be facing life in prison.

3    11.   Following the U.S. Attorney's briefing, we decided to terminate

4  Nazario's probationary employment.  Nazario's impending arrest was the sole

5  basis for the decision to terminate his employment.  O'Brien, however, requested

6  that we not take any action until federal authorities arrested Nazario because

7  O'Brien was concerned that Nazario might leave the Central District of California

8  and return to New York and thus, cause a change or loss of jurisdiction.  RPD

9  agreed to wait.

10    12.   On or about July 25, 2007, Special Agent Fox contacted RPD to

11  arrange an on-duty meeting with Nazario.  We had previously declined to set up

12  interviews between NCIS and Nazario.  In this instance, however, we agreed

13  because it was our understanding that Special Agent Fox intended to arrest

14  Nazario at the end the meeting and we planned to terminate Nazario's

15  probationary employment in conjunction with the arrest.  The meeting was initially

16  contemplated for July 30, 2007, but that date was then postponed because Nazario

17  was not set to be on duty.  Ultimately, we settled on August 7, 2007, based on

18  Special Agent Fox's availability and Nazario's duty schedule.

19    13.   RPD and Special Agent Fox then worked together on arrest

20  arrangements.  Due to the nature of the charges, I was concerned that the arrest not

21  occur while Nazario was armed.  I was also concerned about limiting any

22  embarrassment to Nazario.  Consequently, we arranged for Nazario to be called

23  back to the Magnolia Station when the police station would be less busy.  I also

24  directed that my staff make plans to detain and disarm Nazario before Special

25  Agent Fox arrested him.

26    14.   Special Agent Fox arrived at the Magnolia Station at approximately

27  5:30 a.m. on August 7, 2007.  RPD representatives then asked Nazario to report

28  back to the Station.  When he arrived, I told Nazario that NCIS Special Agent Fox

1   was in another room, waiting to take him into custody.  I also told Nazario that

2   because Special Agent Fox was arresting him, RPD was terminating Nazario's

3   probationary employment.  I then presented Nazario with a Notice of Separation

4   from Employment, which he signed.  A true and correct copy of the Notice of

5   Separation is attached hereto as Exhibit H.

6          15.     During that process, several RPD officers retrieved Nazario's

7   City-issued weapon and handcuffed Nazario.  RPD officers then escorted Nazario

8   to the adjoining room, where Special Agent Fox told Nazario that he was under

9   arrest.  Special Agent Fox and other NCIS agents then took Nazario into custody

10  and escorted him out of the Magnolia Station.

11         16.     Nazario was separated from his probationary employment with the

12  City of Riverside Police Department because of his arrest on federal criminal

13  charges and his impending Federal criminal trial.  He was not treated any

14  differently than any other probationary employee would have been, regardless of

15  former affiliation with the armed forces.  RPD would not have made any different

16  decision regardless of whether the alleged killings had occurred domestically or

17  abroad and regardless of whether or not the alleged killings had been committed

18  by a probationary officer who had any connection with the military.

19         17.     I am not aware of any other probationary Riverside Police Officer

20  ever having been arrested for any alleged criminal activity during the course of his

21  or her probationary employment period.  I have searched RPD records dating back

22  to 2002 and have found no evidence to the contrary.  There have been several

23  instances in which a non-probationary police officer was arrested for a felony

24  offense, and in every such case, the officer's employment was terminated, either

25  through involuntary termination or resignation/retirement in lieu of termination.

26         18.     Although the Notice of Separation from Employment afforded

27  Nazario the opportunity for a "Liberty Interest" hearing pursuant to *Lubey v. San*

28

1  *Francisco*, 98 Cal.App.3d 340 (1979), Nazario never requested such a hearing
2  from me or any RPD management official.

3      19.    It is my understanding that Nazario was tried on manslaughter
4  charges in the United States District Court for the Central District of California.
5  On August 28, 2008, I was informed that a jury acquitted Nazario of the offenses
6  as charged.

7      20.    Immediately thereafter, Nazario met with me and requested to be
8  rehired as a police officer. I told him that he would need to submit an application
9  and that RPD personnel would need to perform a supplemental background
10 investigation covering the period of time between the termination of his
11 probationary employment and his re-employment application.

12     21.    To my knowledge, RPD has followed these procedures with regard
13 to all applicants for initial employment and rehire since at least 2005. As I
14 understand it, the process is mandated by the laws governing the employment of
15 sworn police officers, including California Government Code Section 1031 and
16 the rules established by the California Commission on Police Officer Standards
17 and Discipline ("P.O.S.T."), as set forth in Title 11, California Code of
18 Regulations, section 9053, et.seq.

19     22.    To expedite the process and get Nazario back into RPD, I assigned
20 two RPD investigators to work on his supplemental background investigation—
21 Officers Lisa Johnson and George Anderson. It is my understanding that Officer
22 Johnson provided Nazario with copies of the documents from his original
23 background investigation so that he could simply update them. It is also my
24 understanding that Officer Johnson kept after Nazario so that she would have all
25 the information necessary to complete the supplemental investigation.

26     23.    During the course of the RPD supplemental background
27 investigation, RPD received information regarding several incidents of alleged
28 domestic violence by Nazario against his then-spouse, Diette Nazario. RPD

1   subsequently obtained a copy of Diette Nazario's Family Offense Petition and two

2   Orders of Protection/restraining orders  issued against Nazario and several related

3   documents.  Officer Johnson submitted her P.O.S.T.-required background

4   investigation report to me.  In that report, she related several conversations she had

5   had with Diette and Nazario about the alleged domestic violence and Orders of

6   Protection.  The report further stated that Nazario claimed to have also obtained a

7   restraining order against Diette, but that Nazario had not complied with RPD's

8   request for a copy of that order.  Ultimately, Officer Johnson's report determined

9   that the alleged domestic violence and resulting Orders of Protection against

10   Nazario might require disqualification of his application.  A true and correct copy

11   of Officer Johnson's report is attached hereto as Exhibit I.

12       24.    Meanwhile, I had tasked Officer George Anderson with gathering

13   data regarding Nazario's federal criminal trial as a component of the criminal

14   records check, as required by P.O.S.T.  In doing so, Officer Anderson compiled

15   data and documents from the federal District Court docket, the U.S. Attorney

16   involved in Nazario's prosecution, and NCIS Special Agent Fox.  Among other

17   things, Officer Anderson obtained copies of wire-intercepts that NCIS claimed

18   were recordings of telephone conversations between Nazario and Jermaine

19   Nelson, a Marine who according to federal authorities, says he witnessed the

20   alleged incident in Fallujah.  It is my understanding that much of this evidence

21   was not admitted during Nazario's criminal trial.

22       25.    On January 7, 2009, Officer Anderson submitted his P.O.S.T.-

23   required background investigation report to me.  In it, Officer Anderson explained

24   his conclusion that Nazario had in fact killed two unarmed Iraqi detainees.  Officer

25   Anderson's report also pointed to excerpts of the wire-intercepts that included

26   some disturbing statements about Nazario's perception of appropriate police

27   conduct and about his ability to lie even while under polygraph examination.

28

1   A true and correct copy of Officer Anderson's background investigation report is
2   attached hereto as Exhibit J.

3       26.   After receiving the two background reports, I decided to recommend
4   that Nazario be disqualified from employment with RPD.  My decision was based
5   solely on (1) the domestic violence allegations and Order of Protection, which was
6   in effect until October 2010 and (2) the comments Nazario had made on the wire-
7   intercepts regarding police officers being able to beat up citizens and then find
8   a reason to arrest them and regarding Nazario's skill at lying under a polygraph
9   examination.  Both of these issues were independent disqualifiers.  However, I
10  elected to have the two background investigators complete the gathering and
11  analyzing of any additional data deemed necessary to complete the preparation of
12  their investigation report prior to making any decision in Nazario's case.

13      27.   I initially entertained some doubts about Diette's allegations of
14  domestic violence because they contradicted some earlier comments that she had
15  made about her husband and because they did not entirely match up with the
16  police report of one of the alleged incidents.  That is why I asked Officer Johnson
17  to conduct further investigation that was ultimately reflected in her report.  In fact,
18  RPD is often skeptical when parties are divorcing and one party obtains a
19  temporary restraining order.  But my view and RPD's view of the situation
20  changes when a court orders a more permanent restraining order after the applicant
21  has had an opportunity to defend himself.  At that point, restraining orders are deal
22  breakers.

23      28.   To my knowledge, during my employment since 1994, RPD has
24  rejected all job applicants who have a domestic violence restraining order in effect
25  at the time of the application and selection process.  There are several reasons for
26  this rule.  Most importantly, a domestic violence restraining order indicates
27  substantial concerns under P.O.S.T. considerations of impulse control, stress
28  tolerance, and confronting and overcoming adversity.  In addition, it is my

1   understanding that absent an exemption by the judge, restraining orders typically
2   impede an individual's ability to carry a weapon, which is an essential requirement
3   for all RPD officers.  I am also aware of two probationary officers who have
4   allegedly committed domestic violence during their probationary periods.  In one
5   case, the probationary officer resigned in lieu of termination.  In the other case, the
6   officer was terminated for failing to meet standards.

7         29.    The comments attributed to Nazario in the wire-intercepts also
8   created obvious concerns about the fitness of an individual to serve as a police
9   officer, both in terms of appropriate use of force and honesty as well as about
10  potential liability.  So, they too were deal breakers.

11        30.    I did not reach any conclusion about whether or not Nazario had
12  committed the acts alleged during the federal prosecution.  Nor was Nazario's
13  alleged criminal activity or affiliation with the military a factor in my decision to
14  reject his application.  I felt it was unnecessary to look more deeply into those
15  issues or to contact Nazario about them.  Regardless of whether or not Nazario had
16  killed the detainees, the restraining order and wire-intercepts were determinative
17  on their own.

18        31.    I would have made the same decision regardless of whether or not
19  Nazario had previously served in the military and regardless of whether he had
20  killed anyone in the line of duty.  RPD has received applications from a number of
21  combat veterans who lawfully killed enemy soldiers in the course of their duty and
22  RPD has hired them nonetheless.  In fact, RPD initially hired Nazario although he
23  had reported killing enemy soldiers in the line of duty.

24        32.    On or about January 26, 2009, my recommendation to not rehire
25  Nazario was accepted by then-RPD Chief Russ Leach and Assistant Chief John
26  DeLaRosa for the reasons stated.

27        33.    On that same day, RPD sent a letter to Nazario, notifying him of the
28  disqualification decision.  The letter was returned to sender, apparently because

1  RPD not known Nazario's then-current address.  A true and correct copy of that

2  letter is attached hereto as Exhibit K.

3       34.  In late 2009, I learned from Nazario that he had not received any

4  information regarding his application status.  I reviewed the situation and learned

5  that the January 2009 disqualification letter had been returned to RPD.  I then

6  obtained Nazario's updated address from him and mailed a second letter to

7  Nazario, reiterating that RPD had disqualified his application for rehire.  Nazario's

8  application was not reconsidered at any time between the two disqualification

9  letters.  A true and correct copy of the December 1, 2009 letter is attached hereto

10  as Exhibit L.

11       35.  During Nazario's deposition in this case, I learned that the New York

12  Order of Protection had been lifted.  I had no knowledge of this at any prior time.

13       36.  RPD has a history of recognizing and honoring the military service of

14  the Department's past and current officers.  In 2007, approximately 2.5% of the

15  Department's police officers actively participated in military Reserve or Guard

16  duty, including service in Iraq and Afghanistan.  I am personally aware that

17  numerous RPD officers previously served in the U.S. Marine Corps, including

18  former Chief Russ Leach, who is a 20-year veteran.  In fact, at some point prior to

19  2007, RPD representatives created a formal memorial to the "Leatherneck"

20  members of the Department by placing a plaque in RPD's Lincoln Street Station,

21  listing at least forty-two members of the Department who were former Marines.

22       I declare under penalty of perjury under the laws of the United States and of

23  the State of California that the foregoing is true and correct.

24       Executed on this _11_ day of _FEBRUARY_ , 2011, at Riverside, California.

25

26

27                                Michael J. Blakely

28

**Exhibit A**

**JOSE L. NAZARIO, JR.**
**39644 B Columbia Union Drive**
**Murrieta, CA 92563**
**951.719.9555**

**SUMMARY:** Over seven years of military experience involving management and training of junior personnel in general subjects pertaining to all riflemen such as the application of multiple weapons systems and tactics, marksmanship, health and personal fitness.

**AREAS OF EXPERTISE:**

**EXPERIENCE: United States Marine Corps**
        **From 1997 Rifleman to Present Squad Leader**
Experience and personal work history on the following:
*   Advanced instructional techniques in multiple weapons systems
*   Marksmanship instructor rifle/pistol
*   Trained over 800 hundred marine corps recruits in marksmanship
*   Provided seven years of security in compounds/bases in various Continents: South America, Asia and Europe
*   Skilled in non-lethal weapons training along with riot control
*   Squad Leader in Operation Iraqi Freedom
*   School Trained Scout Sniper Team Leader
*   Surveillance and target identification training
*   C.P.R. certified

**AWARDS/MEDALS**
*   Navy Commendation medal with Combat Distinguishing Device
*   Block Non Commissioned Officer achievement award
*   Certificate of Good Conduct
*   North Atlantic Treaty Organization medal (NATO)
*   Global War on Terrorism medal
*   Kosovo Liberation medal
*   National Defense medal
*   Armed Forces Service medal
*   Iraqi campaign medal

**LEADERSHIP:**
Received the Navy and Marine Corps Commendation Medal for outstanding leadership in support of Operation Iraqi Freedom II during high intensity urban combat operations in the city of Al Fallujah.

**PLANNING**
Navy and Marine Corps Commendation Medal also received for coordinating a rescue effort to evacuate a wounded marine trapped inside an enemy strongpoint.  The extraction of the urgently wounded casualty saved his life.

Exhibit A
Page 12

**TEACHING ABILITY:**
Received a Certificate of Commendation for outstanding couching ability, instructional techniques, and thorough understanding of marksmanship, which enabled the instruction of over 450 recruits and supervision of 6 couches leading to an impressive initial qualification rate of 99 percent.

**EDUCATION:**
*John Jay Science and Mathematics* Brooklyn, NY
August, 1997

*Park College*
Criminal Justice, Okinawa, Japan
January, 2000

Exhibit A
Page 13

**Exhibit B**

# AUTOBIOGRAPHY

NAME: _Jose L. Nazario jr._          DATE: _9/30/05_

My name is Jose Luis Nazario jr and I was born in New York City in 1979. My Father has the same name that he has given me. My mother's name is Sandra Montanez and I am her only child. She was a single parent who was very tough and raised me to be very respectable and ~~disciplined~~ disciplined. My Father has a son by another woman. My half brother is also named Jose.

Since birth I have lived in many great places. I've lived in Harlem until I was fifteen years old. From there I moved to Brooklyn New York where I graduated high school and recieved my diploma from John Jay. Once I graduated high school in 1997 I quickly ~~eht~~ enlisted myself in the United States Marine Corps. I attended boot camp at Parris Island South Carolina and after completion stationed in Camp Lejeune North Carolina. My specialty at the time was infantry which developed my love for marksmanship. Withen my first two years I was promoted to corporal and attended sniper school. I became leader of my own team and went on to do other great things. I've attend non lethal weapons course which dealt with riot control. ~~proceedure~~ It taught us how to effectively control a large group of rioters with no fatalities due to the use of batons, pepper spray and rubber ammunition. I have also completed Scout Swimmer school which educated Marines on how to conduct

# AUTOBIOGRAPHY

NAME: Jose L. Nazario jr          DATE: 9/30/05

recon missions on a beach and provide safe passage for a larger force. Most of our training was conducted with a few Navy SEAL instructors who familiarised us with lots of their tactics.

In 2001 I was married and moved to California where attended Marksmanship Instructor school at Camp Pendleton. I then instructed over two thousand Marine corp recruites with an impressive 99% qualification rate. The award for instructor of the quarter was given to me in 2004. Shortly after I had been given orders to fight in Iraq.

The military is the only full time job I have ever had. I did work part time at a few other places in my spare time. My wife and I had dreams of buying a home. So In order to qualify for a loan Ive worked at Jack In The Box making hamburgers. A few months later I found a better paying job working as a security guard for Four Star security. A few months later Albertsons had a strike in process and needed employees. I worked at the albertsons in Fallbrook California for a period of three months. My only reason for working these extra jobs was that they were needed to accomplish my goal of purchasing a home. I've worked hard at each of these employers and have left each on good terms. The reason I wish to leave my current job in the Marine Corps is I feel I've accomplished all of my goals. I've traveled the whole world, earned money for college and recieved medals in combat. Im hoping to lift the burden off of my family. I hardly ever spend

# AUTOBIOGRAPHY

NAME: Jose L. Nazario jr.                    DATE: 9/30/05

Time with any of my loved ones due to constant deployments overseas. I have also attended many funerals of friends killed in action and seen what it does to their families. I wish to save my family that pain and persue a new carreer.

I have applied with Oceanside Police Department, San Diego Police Department and Riverside Sheriffs. I withdrew from San Diego Police because of a typing requirement they had prior to attending the academy. I did pass their written and physical portion of the screening process. I also passed the written and physical screening for Oceanside Police however failed their interview. I wasn't given a reason why. Riverside Sheriff's Department has me sceduled for a polygraph October fourth and starting the academy in november.

I have had a few contacts with the law back in the mid 1990's during my highschool years. I was arrested for standing on top of a car during a parade. Standing in a conductors booth in a subway train and harrassment. I was charged with tresspassing for standing in that conductors booth. Around that same time I stopped doing my homework, household chores and being respectful to my mother. I was about 16 years old thinking I was a tough guy. I stoped attending school and my mother called the Police Department of New York. I believe the charge was harrasment.

There are only a few negative occurances in my life. I've had two friends die in car accidents and one friend die in a motorcycle accident. All of them were believed to had been driving under the influence. These negative experiences ensure that I dont make the

# AUTOBIOGRAPHY

NAME: _Jose L. Nazario jr._        DATE: _9/30/05_

Same mistakes that my friends made. I have also lost 33 friends in the streets of Fallujah Iraq. Two of whom were under my supervision.

    Back to my high school years I did experiment with marijuana on three seperate occasions. That was the extent of my drug usage and it ended once I joined the military. Since then I have had lots of time, over eight years of maturity. I have done many great things and will not tarnish them with drug use or other crimes.

    I have a wife who also is in law enforcement and we have been married for four and a half lovely years. Her name is Diette Nazario and we plan to have children hopefully in the years to come. Right now we want to make sure we are financially stable before we have our first child. We currently live in our own home at ████████████ ██████████, Murrieta, Ca 92563. Both of us are from New York but plan to stay in sunny California. We feel its a great place to live, work and raise children.



**Exhibit C**

Exhibit C
Page 20

State of California
**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER** 
- POST 2-255 (04/05) – Page 1 of 24

Department of Justice
Peace Officer Standards and Training
1601 Alhambra Boulevard
Sacramento, CA 95816-7083

## Instructions to the Applicant

- The information you provide in this Personal History Statement will be used in the background investigation to assist in determining your suitability for the position of **Public Safety Dispatcher**, in accordance with POST Regulation 1018.

- Type or neatly print, in ink, responses to all items and questions. If a question does not apply to you, write "N/A" (not applicable) in the space provided for your response. If you cannot obtain or remember certain information, indicate so in your response.

- If you need more space for any response, use the last page of this form (page 24) and identify the additional information by the question number.

**Disqualification**

There are very few *automatic* bases for rejection. Even issues of prior misconduct, such as prior illegal drug use, driving under the influence, theft or even arrest or conviction are usually not, in and of themselves, automatically disqualifying. However, *deliberate misstatements or omissions* can and often will result in your application being rejected, regardless of the nature or reason for the misstatements/omissions. In fact, the number one reason individuals "fail" background investigations is because they attempt to deliberately withhold or misrepresent job-relevant information from their prospective employer.

***BOTTOM LINE:  Be as complete, honest and specific as possible in your responses.***

---

**Disclosure of Medically-Related Information**

In accordance with the U.S. Americans with Disabilities Act and the California Fair Employment and Housing Act, at this stage of the hiring process applicants are not expected or required to reveal any medical or other disability-related information about themselves in response to questions on this form, or to any other inquiry made prior to receiving a conditional offer of employment.

---

Initial this page to indicate that you have read the instructions: _____

Exhibit C
Page 21

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 3 of 24

**SECTION 2:  RELATIVES AND REFERENCES** *continued*

13. IMMEDIATE FAMILY *continued*

| ☑ N/A | D. Step-mother |
|---|---|

| NAME | HOME ADDRESS | | STATE | ZIP |
|---|---|---|---|---|
| | | | STATE | ZIP |
| HOME PHONE ( ) | WORK ADDRESS | | STATE | ZIP |
| WORK PHONE ( ) | CELL PHONE ( ) | EMAIL | | |

| ☐ N/A | E. Spouse / Registered Domestic Partner |
|---|---|

| NAME | HOME ADDRESS | | STATE | ZIP |
|---|---|---|---|---|
| Diette Sonya Nazario | Same as Mine | | | |
| HOME PHONE ▉ | WORK ADDRESS ▉ | | STATE CA | ZIP ▉ |
| WORK PHONE ▉ | CELL PHONE ▉ | EMAIL Jose and diette @ yahoo . com | | |
| YEARS OF MARRIAGE 4 ½ | Is there, or has there been, a restraining or stay-away order in effect for this individual? ☐ Yes ☑ No | | | |

| ☐ N/A | F. Father-in-law |
|---|---|

| NAME ▉ | HOME ADDRESS ▉ | | STATE CA | ZIP ▉ |
|---|---|---|---|---|
| HOME PHONE ▉ | WORK ADDRESS Retired | | STATE | ZIP |
| WORK PHONE ▉ | CELL PHONE ( ) | EMAIL | | |

| ☐ N/A | G. Mother-in-law |
|---|---|

| NAME ▉ | HOME ADDRESS ▉ | | STATE MO | ZIP ▉ |
|---|---|---|---|---|
| HOME PHONE ▉ | WORK ADDRESS | | STATE | ZIP |
| WORK PHONE ( ) | CELL PHONE ( ) | EMAIL | | |

| ☑ N/A | H. Former Spouse(s) / Former Registered Domestic Partner(s) |
|---|---|

| 1) NAME | HOME ADDRESS | | STATE | ZIP |
|---|---|---|---|---|
| HOME PHONE ( ) | WORK ADDRESS | | STATE | ZIP |
| WORK PHONE ( ) | CELL PHONE ( ) | EMAIL | | |
| YEAR OF DISSOLUTION | Is there, or has there been, a restraining or stay-away order in effect for this individual? ☐ Yes ☐ No | | | |

| 2) NAME | HOME ADDRESS | | STATE | ZIP |
|---|---|---|---|---|
| HOME PHONE ( ) | WORK ADDRESS | | STATE | ZIP |
| WORK PHONE ( ) | CELL PHONE ( ) | EMAIL | | |
| YEAR OF DISSOLUTION | Is there, or has there been, a restraining or stay-away order in effect for this individual? ☐ Yes ☐ No | | | |

Initial this page to indicate that you have provided complete and accurate information: *JN*

Exhibit C
Page 22

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 2 of 24

## SECTION 1: PERSONAL

1. YOUR FULL NAME
LAST *Nazario Jr.*   FIRST *Jose*   MIDDLE *Luis*

2. OTHER NAMES, INCLUDING NICKNAMES, YOU HAVE USED OR BEEN KNOWN BY
*Joe*

3. ADDRESS WHERE YOU RESIDE
STREET ▮▮▮▮▮▮▮▮   APT / UNIT
CITY *Murrieta*   STATE *Ca*   ZIP *92563*

4. MAILING ADDRESS, IF DIFFERENT FROM ABOVE
*N/A*

5. CONTACT NUMBERS
HOME ▮▮▮▮   WORK ▮▮▮▮   OTHER ▮▮▮▮   ☐ CELL  ☐ FAX  ☐ PAGER

6. EMAIL ADDRESS
HOME *Joseanddiette @ yahoo*   BUSINESS

7. Are you legally authorized for permanent employment in the United States? .................... ☑ Yes   ☐ No
   If no, explain fully:

8. BIRTH PLACE – CITY / COUNTY / STATE / COUNTRY
*New York , N.Y*   9. BIRTHDATE ▮▮▮▮   10. SOCIAL SECURITY NUMBER ▮▮▮▮

11. DRIVER'S LICENSE
NO. ▮▮▮▮   STATE *CA*   EXP DATE *10-8-8*   12. PHYSICAL DESCRIPTION
HEIGHT *6 Foot*   WEIGHT *190*   HAIR COLOR *BLK*   EYE COLOR *BRN*

## SECTION 2: RELATIVES AND REFERENCES

13. IMMEDIATE FAMILY
- Provide all applicable information in the spaces below.
- Mark "N/A" if a category is not applicable or if the individual is deceased.
- If more space is needed, continue your response on page 24.

☐ N/A   **A. Father**
NAME ▮▮▮▮   HOME ADDRESS ▮▮▮▮   STATE ▮▮   ZIP ▮▮
HOME PHONE ▮▮▮▮   WORK ADDRESS ▮▮▮▮   STATE   ZIP
WORK PHONE ( )   CELL PHONE ( )   EMAIL

☑ N/A   **B. Step-father**
NAME   HOME ADDRESS   STATE   ZIP
HOME PHONE ( )   WORK ADDRESS   STATE   ZIP
WORK PHONE ( )   CELL PHONE ( )   EMAIL

☐ N/A   **C. Mother**
NAME ▮▮▮▮   HOME ADDRESS ▮▮▮▮   STATE ▮▮   ZIP ▮▮
HOME PHONE ▮▮▮▮   WORK ADDRESS ▮▮▮▮   STATE ▮▮   ZIP ▮▮
WORK PHONE ▮▮▮▮   CELL PHONE ( )   EMAIL

Initial this page to indicate that you have provided complete and accurate information: *JLN*

Exhibit C
Page 23

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER** 
POST 2-255 (04/05) – Page 4 of 24

**SECTION 2:  RELATIVES AND REFERENCES** *continued*
13. IMMEDIATE FAMILY *continued*

☐ N/A    **i.  Brothers and Sisters** – list all living siblings, including half-siblings, step-siblings, foster siblings, etc.

| 1) NAME | HOME ADDRESS | | STATE | ZIP |
|---|---|---|---|---|
| ☐ M  HOME PHONE | WORK ADDRESS | | STATE | ZIP |
| ☐ F | | | | |
| ☐ UNDER AGE 18  WORK PHONE ( ) | CELL PHONE ( ) | EMAIL | | |

| 2) NAME | HOME ADDRESS | | STATE | ZIP |
|---|---|---|---|---|
| ☐ M  HOME PHONE ( ) | WORK ADDRESS | | STATE | ZIP |
| ☐ F | | | | |
| ☐ UNDER AGE 18  WORK PHONE ( ) | CELL PHONE ( ) | EMAIL | | |

| 3) NAME | HOME ADDRESS | | STATE | ZIP |
|---|---|---|---|---|
| ☐ M  HOME PHONE ( ) | WORK ADDRESS | | STATE | ZIP |
| ☐ F | | | | |
| ☐ UNDER AGE 18  WORK PHONE ( ) | CELL PHONE ( ) | EMAIL | | |

| 4) NAME | HOME ADDRESS | | STATE | ZIP |
|---|---|---|---|---|
| ☐ M  HOME PHONE ( ) | WORK ADDRESS | | STATE | ZIP |
| ☐ F | | | | |
| ☐ UNDER AGE 18  WORK PHONE ( ) | CELL PHONE ( ) | EMAIL | | |

| 5) NAME | HOME ADDRESS | | STATE | ZIP |
|---|---|---|---|---|
| ☐ M  HOME PHONE ( ) | WORK ADDRESS | | STATE | ZIP |
| ☐ F | | | | |
| ☐ UNDER AGE 18  WORK PHONE ( ) | CELL PHONE ( ) | EMAIL | | |

| 6) NAME | HOME ADDRESS | | STATE | ZIP |
|---|---|---|---|---|
| ☐ M  HOME PHONE ( ) | WORK ADDRESS | | STATE | ZIP |
| ☐ F | | | | |
| ☐ UNDER AGE 18  WORK PHONE ( ) | CELL PHONE ( ) | EMAIL | | |

☑ N/A    **J.  Children**

List all of your living children, including natural, adopted, step, and/or foster care. Include any other children who reside with you. Provide the
name and contact information of the custodial parent or guardian, if other than you.

| 1) NAME | | CUSTODIAL PARENT OR GUARDIAN (IF OTHER THAN YOU) | | |
|---|---|---|---|---|
| ☐ M | CHILD'S AGE | ADDRESS | STATE | ZIP |
| ☐ F | | | | |
| | | CONTACT NUMBER ( ) | EMAIL | |

| 2) NAME | | CUSTODIAL PARENT OR GUARDIAN (IF OTHER THAN YOU) | | |
|---|---|---|---|---|
| ☐ M | CHILD'S AGE | ADDRESS | STATE | ZIP |
| ☐ F | | | | |
| | | CONTACT NUMBER ( ) | EMAIL | |

Initial this page to indicate that you have provided complete and accurate information: ___

Exhibit C
Page 24

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 5 of 24

## SECTION 2:  RELATIVES AND REFERENCES *continued*

13. IMMEDIATE FAMILY *continued*

| 3) NAME | CUSTODIAL PARENT OR GUARDIAN (IF OTHER THAN YOU) |
|---|---|
| ☐ M  ☐ F    CHILD'S AGE | ADDRESS                    STATE    ZIP |
| | CONTACT NUMBER ( )    EMAIL |

| 4) NAME | CUSTODIAL PARENT OR GUARDIAN (IF OTHER THAN YOU) |
|---|---|
| ☐ M  ☐ F    CHILD'S AGE | ADDRESS                    STATE    ZIP |
| | CONTACT NUMBER ( )    EMAIL |

| 5) NAME | CUSTODIAL PARENT OR GUARDIAN (IF OTHER THAN YOU) |
|---|---|
| ☐ M  ☐ F    CHILD'S AGE | ADDRESS                    STATE    ZIP |
| | CONTACT NUMBER ( )    EMAIL |

| 6) NAME | CUSTODIAL PARENT OR GUARDIAN (IF OTHER THAN YOU) |
|---|---|
| ☐ M  ☐ F    CHILD'S AGE | ADDRESS                    STATE    ZIP |
| | CONTACT NUMBER ( )    EMAIL |

14. REFERENCES

List 5–7 people who know you well, such as social and family friends, co-workers, military acquaintances.  <u>Do not include</u> relatives, employers or housemates, or other individuals listed elsewhere.

**A)** NAME ████████    HOME ADDRESS ███████████████████████ STATE ██ ZIP ████
HOME PHONE ███████    WORK ADDRESS ███████████████ STATE ZIP
WORK PHONE ( )    CELL PHONE ( )    EMAIL
HOW DO YOU KNOW THIS PERSON? (FOR EXAMPLE: FRIEND, TEACHER, FAMILY FRIEND, CO-WORKER)  *Friend / Co-worker*    HOW LONG HAVE YOU KNOWN THIS PERSON?  *8 years*

**B)** NAME ███████████    HOME ADDRESS ████████████████████
HOME PHONE ███████    WORK ADDRESS *H&S company 1ˢᵗ Mar Reg  Camp Pendleton* STATE *CA* ZIP *92054*
WORK PHONE ███████    CELL PHONE ( )    EMAIL
HOW DO YOU KNOW THIS PERSON? (FOR EXAMPLE: FRIEND, TEACHER, FAMILY FRIEND, CO-WORKER)  *Co-worker*    HOW LONG HAVE YOU KNOWN THIS PERSON?  *2 years*

**C)** NAME ████████    HOME ADDRESS ████████████████████████████
HOME PHONE ███████    WORK ADDRESS *H&S company 1ˢᵗ Mar Reg  Camp Pendleton* STATE *CA* ZIP *92054*
WORK PHONE ███████    CELL PHONE ( )    EMAIL
HOW DO YOU KNOW THIS PERSON? (FOR EXAMPLE: FRIEND, TEACHER, FAMILY FRIEND, CO-WORKER)  *Co-worker*    HOW LONG HAVE YOU KNOWN THIS PERSON?  *4 years*

Initial this page to indicate that you have provided complete and accurate information:  *JLU*

Exhibit C
Page 25

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 6 of 24

| SECTION 2:  RELATIVES AND REFERENCES *continued* | | |
|---|---|---|

**D) NAME** ▓▓▓▓ **HOME ADDRESS** ▓▓▓▓ **STATE** ▓ **ZIP** ▓

**HOME PHONE** ▓▓▓▓ **WORK ADDRESS** ▓▓▓▓ **STATE** ▓ **ZIP** ▓

**WORK PHONE** ▓▓▓▓ **CELL PHONE** ( ) **EMAIL**

**HOW DO YOU KNOW THIS PERSON?** (FOR EXAMPLE: FRIEND, TEACHER, FAMILY FRIEND, CO-WORKER) Family Friend / helped raise me   **HOW LONG HAVE YOU KNOWN THIS PERSON?** 15 years

**E) NAME** ▓▓▓▓ **HOME ADDRESS** ▓▓▓▓ **STATE** ▓ **ZIP** ▓

**HOME PHONE** ▓▓▓▓ **WORK ADDRESS** ▓▓▓▓ **STATE** ▓ **ZIP** ▓

**WORK PHONE** ▓▓▓▓ **CELL PHONE** ( ) **EMAIL**

**HOW DO YOU KNOW THIS PERSON?** (FOR EXAMPLE: FRIEND, TEACHER, FAMILY FRIEND, CO-WORKER) Family Friend   **HOW LONG HAVE YOU KNOWN THIS PERSON?** 5 years

**F) NAME** ▓▓▓▓ **HOME ADDRESS** ▓▓▓▓ **STATE** ▓ **ZIP** ▓

**HOME PHONE** ( ) **WORK ADDRESS** 2/5 H&S Co S-3 camp Pendleton **STATE** ▓ **ZIP** ▓

**WORK PHONE** ( ) **CELL PHONE** ▓ **EMAIL**

**HOW DO YOU KNOW THIS PERSON?** (FOR EXAMPLE: FRIEND, TEACHER, FAMILY FRIEND, CO-WORKER) Co-worker / Friend   **HOW LONG HAVE YOU KNOWN THIS PERSON?** 4 years

**G) NAME** ▓▓▓▓ **HOME ADDRESS** ▓▓▓▓ **STATE** ▓ **ZIP** ▓

**HOME PHONE** ▓▓▓▓ **WORK ADDRESS** H&S Co 1 Mar REG camp Pendleton **STATE** CA **ZIP** 92054

**WORK PHONE** ▓▓▓▓ **CELL PHONE** ▓ **EMAIL**

**HOW DO YOU KNOW THIS PERSON?** (FOR EXAMPLE: FRIEND, TEACHER, FAMILY FRIEND, CO-WORKER) Co-worker   **HOW LONG HAVE YOU KNOWN THIS PERSON?** 6 months

| SECTION 3:  EDUCATION |
|---|

**NOTE:**  You may be required to furnish transcripts or other proof to support all of your educational claims.

15. Do you have a high school diploma, GED, or California High School Proficiency Certificate? ............................................. ☑ Yes  ☐ No

16. List high schools attended:

| | NAME | CITY | FROM | TO | STATE | DID YOU GRADUATE? |
|---|---|---|---|---|---|---|
| A) | John Jay high school | Brooklyn | 09/95 | 09/97 | N.Y | ☑ Yes  ☐ No |
| B) | Manhattan Center | New York | 09/93 | 09/95 | N.Y | ☐ Yes  ☑ No |

17. List all colleges or universities attended:

| | NAME | CITY | FROM | TO | STATE | TOTAL UNITS EARNED | TYPE OF DEGREE EARNED |
|---|---|---|---|---|---|---|---|
| A) | Park college | Okinawa, Japan | 6/2000 | 8/2000 | | 6 | No degree |

Initial this page to indicate that you have provided complete and accurate information: JLN

Exhibit C
Page 26

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 7 of 24

| SECTION 3: EDUCATION *continued* |
|---|

17. List all colleges or universities attended *continued*

| B) NAME | | FROM | TO | TOTAL UNITS EARNED | TYPE OF DEGREE EARNED |
|---|---|---|---|---|---|
| | CITY | | | STATE | |

| C) NAME | | FROM | TO | TOTAL UNITS EARNED | TYPE OF DEGREE EARNED |
|---|---|---|---|---|---|
| | CITY | | | STATE | |

18. List any trade, vocational, or business schools/institutes attended:

| A) NAME | | FROM | TO | DID YOU COMPLETE THE COURSE? ☐ Yes ☐ No |
|---|---|---|---|---|
| | TYPE OF SCHOOL OR TRAINING | CITY | STATE | |

| B) NAME | | FROM | TO | DID YOU COMPLETE THE COURSE? ☐ Yes ☐ No |
|---|---|---|---|---|
| | TYPE OF SCHOOL OR TRAINING | CITY | STATE | |

| C) NAME | | FROM | TO | DID YOU COMPLETE THE COURSE? ☐ Yes ☐ No |
|---|---|---|---|---|
| | TYPE OF SCHOOL OR TRAINING | CITY | STATE | |

19. Have you ever attended a **POST** Public Safety Dispatcher Basic Course?.......................... ☐ Yes ☑ No

If yes, provide the following information:

| A) TRAINING PRESENTER | | FROM | TO |
|---|---|---|---|
| | LOCATION (CITY, STATE) | Did you complete the course? ☐ Yes ☐ No | |

| B) TRAINING PRESENTER | | FROM | TO |
|---|---|---|---|
| | LOCATION (CITY, STATE) | Did you complete the course? ☐ Yes ☐ No | |

20. Have you ever been placed on academic discipline, suspended, or expelled from any high school, college/university, business or trade school? ....................................................... ☐ Yes ☑ No

If yes, describe in detail below. Starting with high school, list any and all disciplinary actions received in any school or educational institution. Include when the disciplinary action occurred, name of school, and explanation of circumstances.

Initial this page to indicate that you have provided complete and accurate information: _____

Exhibit C
Page 27

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 8 of 24

## SECTION 4: RESIDENCE

21. LIST OF RESIDENCES

- List all residences during the last ten years (or since age 15. Provide *complete* addresses (include markers such as Street, Drive, Road, East, West, etc., and unit or apartment number). Do not use P.O. Boxes.
- If the residence is a military base, identify name of base in address, nearest city, state and zip code. DO NOT LIST military barracks mates unless you shared individual quarters.
- If more space is needed continue on page 24.

**A) ADDRESS WHERE YOU NOW LIVE** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  | APT / UNIT | FROM Oct 2003 | TO Present

CITY Murrieta   STATE ca   ZIP 92563   IF RENTING: PROPERTY MANAGER, RENT COLLECTOR, OR OWNER

ADDRESS OF PROPERTY MANAGER, RENT COLLECTOR, OR OWNER   Im the owner   APT / UNIT   CONTACT NUMBER ( )

CITY   STATE   ZIP   EMAIL

Names of those with whom you live: Diette Nazario (wife)

**B) FORMER ADDRESS** ▮▮▮▮▮▮▮▮▮▮▮▮   APT / UNIT   FROM May 2002   TO Oct 2003

CITY Camp Pendleton   STATE CA   ZIP 92054   IF RENTING: PROPERTY MANAGER, RENT COLLECTOR, OR OWNER

ADDRESS OF PROPERTY MANAGER, RENT COLLECTOR, OR OWNER   APT / UNIT   CONTACT NUMBER ( )

CITY   STATE   ZIP   EMAIL

Names of those with whom you lived: Diette Nazario (wife)

Reason for moving: Purchased our own home

**C) FORMER ADDRESS** ▮▮▮▮▮▮▮▮▮   APT / UNIT   FROM Dec 2001   TO May 2002

CITY Oceanside   STATE CA   ZIP 92563   IF RENTING: PROPERTY MANAGER, RENT COLLECTOR, OR OWNER

ADDRESS OF PROPERTY MANAGER, RENT COLLECTOR, OR OWNER   APT / UNIT   CONTACT NUMBER ( )

CITY   STATE   ZIP   EMAIL

Names of those with whom you lived: Diette Nazario (wife)

Reason for moving: lease was up, found house on base

**D) FORMER ADDRESS** ▮▮▮▮▮▮▮▮▮▮▮▮▮   APT / UNIT   FROM 05/01   TO 12/01

CITY Jacksonville   STATE N.C   ZIP   IF RENTING: PROPERTY MANAGER, RENT COLLECTOR, OR OWNER

ADDRESS OF PROPERTY MANAGER, RENT COLLECTOR, OR OWNER   APT / UNIT   CONTACT NUMBER ( )

CITY   STATE   ZIP   EMAIL

Names of those with whom you lived: Diette Nazario (wife)

Reason for moving: reenlisted and relocated to california.

Initial this page to indicate that you have provided complete and accurate information: JLN

Exhibit C
Page 28

**PERSONAL HISTORY STATEMENT -- █LIC SAFETY DISPATCHER** 
POST 2-255 (04/05) -- Page 9 of 24

| SECTION 4: RESIDENCE *continued* |
|---|

21.LIST OF RESIDENCES *continued*

| E) FORMER ADDRESS ███████████ | | | APT / UNIT | FROM 9/97 | TO 05/01 |
|---|---|---|---|---|---|
| CITY Camp lejeune | STATE N.C | ZIP | IF RENTING: PROPERTY MANAGER, RENT COLLECTOR, OR OWNER | | |
| ADDRESS OF PROPERTY MANAGER, RENT COLLECTOR, OR OWNER Lived in a barracks | | | APT / UNIT | CONTACT NUMBER ( ) | |
| CITY | STATE | ZIP | EMAIL | | |
| Names of those with whom you lived: alone | | | | | |
| Reason for moving: Got Married | | | | | |

| F) FORMER ADDRESS ████████ | | | APT / UNIT | FROM 01/94 | TO 9/97 |
|---|---|---|---|---|---|
| CITY Brooklyn | STATE N.Y | ZIP 10454 | IF RENTING: PROPERTY MANAGER, RENT COLLECTOR, OR OWNER ███████ | | |
| ADDRESS OF PROPERTY MANAGER, RENT COLLECTOR, OR OWNER | | | APT / UNIT | CONTACT NUMBER ( ) | |
| CITY | STATE | ZIP | EMAIL | | |
| Names of those with whom you lived: | | | | | |
| Reason for moving: | | | | | |

| G) FORMER ADDRESS | | | APT / UNIT | FROM | TO |
|---|---|---|---|---|---|
| CITY | STATE | ZIP | IF RENTING: PROPERTY MANAGER, RENT COLLECTOR, OR OWNER | | |
| ADDRESS OF PROPERTY MANAGER, RENT COLLECTOR, OR OWNER | | | APT / UNIT | CONTACT NUMBER ( ) | |
| CITY | STATE | ZIP | EMAIL | | |
| Names of those with whom you lived: | | | | | |
| Reason for moving: | | | | | |

| H) FORMER ADDRESS | | | APT / UNIT | FROM | TO |
|---|---|---|---|---|---|
| CITY | STATE | ZIP | IF RENTING: PROPERTY MANAGER, RENT COLLECTOR, OR OWNER | | |
| ADDRESS OF PROPERTY MANAGER, RENT COLLECTOR, OR OWNER | | | APT / UNIT | CONTACT NUMBER ( ) | |
| CITY | STATE | ZIP | EMAIL | | |
| Names of those with whom you lived: | | | | | |
| Reason for moving: | | | | | |

Initial this page to indicate that you have provided complete and accurate information: JLN

**PERSONAL HISTORY STATEMENT — BLIC SAFETY DISPATCHER** 
POST 2-255 (04/05) – Page 10 of 24

**SECTION 4: RESIDENCE** *continued*

22. Provide contact information for all housemates listed in Question 21 with whom you have resided during the past 10 years, or since the age of 15. DO NOT list anyone for whom you have already provided contact information.

| A) NAME | | CONTACT NUMBER ( ) |
|---|---|---|
| | CURRENT ADDRESS IF DIFFERENT | EMAIL |
| | NATURE OF RELATIONSHIP (FOR EXAMPLE: RELATIVE, LANDLORD, FRIEND, HOUSEMATE ONLY) | |

| B) NAME | | CONTACT NUMBER ( ) |
|---|---|---|
| | CURRENT ADDRESS IF DIFFERENT | EMAIL |
| | NATURE OF RELATIONSHIP (FOR EXAMPLE: RELATIVE, LANDLORD, FRIEND, HOUSEMATE ONLY) | |

| C) NAME | | CONTACT NUMBER ( ) |
|---|---|---|
| | CURRENT ADDRESS IF DIFFERENT | EMAIL |
| | NATURE OF RELATIONSHIP (FOR EXAMPLE: RELATIVE, LANDLORD, FRIEND, HOUSEMATE ONLY) | |

| D) NAME | | CONTACT NUMBER ( ) |
|---|---|---|
| | CURRENT ADDRESS IF DIFFERENT | EMAIL |
| | NATURE OF RELATIONSHIP (FOR EXAMPLE: RELATIVE, LANDLORD, FRIEND, HOUSEMATE ONLY) | |

| E) NAME | | CONTACT NUMBER ( ) |
|---|---|---|
| | CURRENT ADDRESS IF DIFFERENT | EMAIL |
| | NATURE OF RELATIONSHIP (FOR EXAMPLE: RELATIVE, LANDLORD, FRIEND, HOUSEMATE ONLY) | |

| F) NAME | | CONTACT NUMBER ( ) |
|---|---|---|
| | CURRENT ADDRESS IF DIFFERENT | EMAIL |
| | NATURE OF RELATIONSHIP (FOR EXAMPLE: RELATIVE, LANDLORD, FRIEND, HOUSEMATE ONLY) | |

23. Have you ever been evicted or asked to leave a residence?................................................................ ☐ Yes  ☑ No

24. Have you ever left a residence owing rent?..................................................................................... ☐ Yes  ☑ No

If you answered yes to **Questions 23 and/or 24**, explain (include when, where and circumstances):

Initial this page to indicate that you have provided complete and accurate information: JLN

Exhibit C
Page 30

**PERSONAL HISTORY STATEMENT – ⬤BLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 11 of 24

## SECTION 5: EXPERIENCE AND EMPLOYMENT

**25. JOB EXPERIENCE**

- List **ALL** jobs you have had, including part-time, temporary, self-employment and volunteer. (Begin with your most current. If more space is needed continue your response on page 24.)
- If you have military experience, including reserve duty, enter your military base, assignments, or unit of assignment.
- List **ALL** periods of unemployment in excess of 30 days.

| A) NAME OF EMPLOYER OR MILITARY UNIT | | | FROM 7/05 | TO Present |
|---|---|---|---|---|
| Headquarters Company 1st MAR Reg | | | | |
| STREET ADDRESS OR BASE Camp Pendleton | | SUPERVISOR | | |
| CITY | STATE CA | ZIP 92054 | CONTACT NUMBER | EXT |
| JOB TITLE | | EMAIL | | |
| Primary Marksmanship instructor | | | | |
| DUTIES / ASSIGNMENTS Train Marines in Sustainment Level Marksmanship | | | ☑ F-T ☐ P-T ☐ Temp ☐ Self-employed ☐ Volunteer | |
| NAMES OF CO-WORKERS 1) 2) | | | REASON FOR WANTING TO LEAVE End of contract | |
| Would there be a problem if we contact your current employer? ☐ Yes ☑ No | If yes, explain: | | | |

| B) PERIOD OF UNEMPLOYMENT Check applicable: ☐ Student ☐ Between jobs ☐ Leave of absence ☐ Travel ☐ Other | FROM | TO |
|---|---|---|

| C) NAME OF EMPLOYER OR MILITARY UNIT | | | FROM 02/04 | TO 07/05 |
|---|---|---|---|---|
| 3/1 Kilo Co 3rd MARDIV | | | | |
| STREET ADDRESS OR BASE Camp Pendleton | | SUPERVISOR Staff Sgt | | |
| CITY | STATE | ZIP | CONTACT NUMBER | EXT |
| JOB TITLE Squad leader | | EMAIL | | |
| DUTIES / ASSIGNMENTS | | | ☐ F-T ☐ P-T ☐ Temp ☐ Self-employed ☐ Volunteer | |
| NAMES OF CO-WORKERS 1) 2) | | | REASON FOR LEAVING recieved orders to el senior | |

| D) PERIOD OF UNEMPLOYMENT Check applicable: ☐ Student ☐ Between jobs ☐ Leave of absence ☐ Travel ☐ Other | FROM | TO |
|---|---|---|

| E) NAME OF EMPLOYER OR MILITARY UNIT | | | FROM 12/01 | TO 02/04 |
|---|---|---|---|---|
| WPNS and Field training batallian range co | | | | |
| STREET ADDRESS OR BASE Camp Pendleton | | SUPERVISOR Warrant Officer | | |
| CITY | STATE CA | ZIP 92054 | CONTACT NUMBER ( ) | EXT |
| JOB TITLE Primary Marksmanship instructor | | EMAIL | | |
| DUTIES / ASSIGNMENTS Instruct New recruits to Qualify with a rifle | | | ☐ F-T ☐ P-T ☐ Temp ☐ Self-employed ☐ Volunteer | |
| NAMES OF CO-WORKERS 1) 2) | | | REASON FOR LEAVING recieved orders to iraq | |

Initial this page to indicate that you have provided complete and accurate information: ___

Exhibit C
Page 31

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 12 of 24

**SECTION 5: EXPERIENCE AND EMPLOYMENT** *continued*
25. JOB EXPERIENCE *continued*

**F) PERIOD OF UNEMPLOYMENT**
Check applicable: ☐ Student  ☐ Between jobs  ☐ Leave of absence  ☐ Travel  ☐ Other
FROM
TO

**G) NAME OF EMPLOYER OR MILITARY UNIT** Albertsons
FROM 11/03   TO 01/04

STREET ADDRESS OR BASE

SUPERVISOR

CITY ▓▓▓▓▓▓  STATE  ZIP

CONTACT NUMBER   EXT

JOB TITLE Facer

EMAIL

DUTIES / ASSIGNMENTS Take items from storage and Place them in the Ailes
☐ F-T  ☑ P-T  ☐ Temp
☐ Self-employed  ☐ Volunteer

NAMES OF CO-WORKERS
1)                    2)
REASON FOR LEAVING Marines required later hours

**H) PERIOD OF UNEMPLOYMENT**
Check applicable: ☐ Student  ☐ Between jobs  ☐ Leave of absence  ☐ Travel  ☐ Other
FROM
TO

**I) NAME OF EMPLOYER OR MILITARY UNIT** Four star security
FROM 06/03   TO 10/03

STREET ADDRESS OR BASE

SUPERVISOR

CITY   STATE  ZIP

CONTACT NUMBER   EXT

JOB TITLE Security guard

EMAIL

DUTIES / ASSIGNMENTS Stand Posts, Patrol areas, Make entry reports.
☐ F-T  ☑ P-T  ☐ Temp
☐ Self-employed  ☐ Volunteer

NAMES OF CO-WORKERS
1) N/A         2) N/A
REASON FOR LEAVING Found better paying Part time job

**J) PERIOD OF UNEMPLOYMENT**
Check applicable: ☐ Student  ☐ Between jobs  ☐ Leave of absence  ☐ Travel  ☐ Other
FROM
TO

**K) NAME OF EMPLOYER OR MILITARY UNIT** Jack in the box
FROM 02/03   TO 06/03

STREET ADDRESS OR BASE

SUPERVISOR

CITY   STATE  ZIP

CONTACT NUMBER ( )  EXT

JOB TITLE GRill

EMAIL

DUTIES / ASSIGNMENTS cook all food
☐ F-T  ☑ P-T  ☐ Temp
☐ Self-employed  ☐ Volunteer

NAMES OF CO-WORKERS
1)                    2)
REASON FOR LEAVING Found better Paying Part time job

**L) PERIOD OF UNEMPLOYMENT**
Check applicable: ☐ Student  ☐ Between jobs  ☐ Leave of absence  ☐ Travel  ☐ Other
FROM
TO

Initial this page to indicate that you have provided complete and accurate information: JLW

Exhibit C
Page 32

**PERSONAL HISTORY STATEMENT – ⬤BLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 13 of 24

**SECTION 5: EXPERIENCE AND EMPLOYMENT** *continued*

25. JOB EXPERIENCE *continued*

| M) NAME OF EMPLOYER OR MILITARY UNIT | | | | FROM | TO |
|---|---|---|---|---|---|
| 1/6  Weapons Company | | | | 9/97 | 12/2001 |

| STREET ADDRESS OR BASE | | | | SUPERVISOR | |
|---|---|---|---|---|---|
| Camp lejeune N.C | | | | | |
| CITY | | STATE | ZIP | CONTACT NUMBER | EXT |
| | | N.C | | (    ) | |
| JOB TITLE | | | | EMAIL | |
| Scout Sniper / rifle man | | | | | |

DUTIES / ASSIGNMENTS   Deliver long range precision rifle fire at select targets from concealed positions in support of combat operations.

☐ F-T  ☐ P-T  ☐ Temp
☐ Self-employed  ☐ Volunteer

| NAMES OF CO-WORKERS | | REASON FOR LEAVING |
|---|---|---|
| 1) | 2) | |

| N) PERIOD OF UNEMPLOYMENT | FROM | TO |
|---|---|---|
| Check applicable:  ☐ Student  ☐ Between jobs  ☐ Leave of absence  ☐ Travel  ☐ Other | | |

| O) NAME OF EMPLOYER OR MILITARY UNIT | | | | FROM | TO |
|---|---|---|---|---|---|
| | | | | | |

| STREET ADDRESS OR BASE | | | | SUPERVISOR | |
|---|---|---|---|---|---|
| | | | | | |
| CITY | | STATE | ZIP | CONTACT NUMBER | EXT |
| | | | | (    ) | |
| JOB TITLE | | | | EMAIL | |

DUTIES / ASSIGNMENTS

☐ F-T  ☐ P-T  ☐ Temp
☐ Self-employed  ☐ Volunteer

| NAMES OF CO-WORKERS | | REASON FOR LEAVING |
|---|---|---|
| 1) | 2) | |

| P) PERIOD OF UNEMPLOYMENT | FROM | TO |
|---|---|---|
| Check applicable:  ☐ Student  ☐ Between jobs  ☐ Leave of absence  ☐ Travel  ☐ Other | | |

| Q) NAME OF EMPLOYER OR MILITARY UNIT | | | | FROM | TO |
|---|---|---|---|---|---|
| | | | | | |

| STREET ADDRESS OR BASE | | | | SUPERVISOR | |
|---|---|---|---|---|---|
| | | | | | |
| CITY | | STATE | ZIP | CONTACT NUMBER | EXT |
| | | | | (    ) | |
| JOB TITLE | | | | EMAIL | |

DUTIES / ASSIGNMENTS

☐ F-T  ☐ P-T  ☐ Temp
☐ Self-employed  ☐ Volunteer

| NAMES OF CO-WORKERS | | REASON FOR LEAVING |
|---|---|---|
| 1) | 2) | |

| 26. Have you ever been disciplined at work? (This includes written warnings, formal letters of counseling, reprimands, suspensions, reductions in pay, reassignments or demotions)? ............................................ | ☑ Yes | ☐ No |
|---|---|---|
| 27. Have ever you ever been fired, released from probation, or asked to resign from any place of employment? ..................... | ☐ Yes | ☑ No |
| 28. Were you ever involved in a physical/verbal altercation with a supervisor, co-worker, or customer? .............................. | ☐ Yes | ☑ No |

Initial this page to indicate that you have provided complete and accurate information: JLU

Exhibit C
Page 33




**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 14 of 24

### SECTION 5:  EXPERIENCE AND EMPLOYMENT continued

| | | |
|---|---|---|
| 29. Have you ever quit without giving proper notice? | ☐ Yes | ☒ No |
| 30. Have you ever resigned in lieu of termination? | ☐ Yes | ☒ No |
| 31. Have you ever been accused of discrimination (such as sexual harassment, racial bias, sexual orientation harassment, etc.) by a co-worker, superior, subordinate or customer? | ☐ Yes | ☒ No |
| 32. Were you ever the subject of a written complaint at work? | ☐ Yes | ☒ No |
| 33. Have you ever been counseled at work due to lateness or absences? | ☐ Yes | ☒ No |
| 34. Did you ever receive an unsatisfactory performance review? | ☐ Yes | ☒ No |
| 35. Have you ever sold, released, or given away legally confidential information? | ☐ Yes | ☐ No |
| 36. Have you ever called in sick when you were neither sick nor caring for a sick family member? | ☐ Yes | ☒ No |
| If yes, how many sick days have you used in the past five years which were not due to illness? | | |

If you answered yes to any of **Questions 26–36**, explain (include when, where and circumstances; indicate corresponding number.):

*#26 - When I was a private in 1998, I showed up to work one morning without a fresh haircut. My sergeant gave me a verbal warning and documented it.*

| | | |
|---|---|---|
| 37. In the past three years, have you missed days or been late to work due to drug or alcohol consumption? | ☐ Yes | ☒ No |
| If yes, how often? | | |
| 38. Has your work performance ever been affected by your use of alcohol or drugs? | ☐ Yes | ☒ No |
| WHEN? | NAME OF EMPLOYER | |
| 39. In the past three years, have you been warned by an employer about your drinking or drug habits and their impact on your performance? | ☐ Yes | ☒ No |
| WHEN? | NAME OF EMPLOYER | |

40. Have you ever applied to any other law enforcement agency (city, county, state or federal)? ☒ Yes  ☐ No
   - If yes, list EVERY agency you have applied to, starting with the most recent (give complete and accurate addresses).
   - All agencies MUST be listed regardless of the outcome or current status. Check all boxes that apply for each agency.

| A) NAME OF AGENCY Oceanside Police dept. | | DATE APPLIED 04/05 | |
|---|---|---|---|
| STREET ADDRESS 3855 Mission av | | BACKGROUND INVESTIGATOR'S NAME (IF KNOWN) | |
| CITY Oceanside | STATE CA   ZIP 92054 | CONTACT NUMBER ▮▮▮▮ | EXT |
| POSITION APPLIED FOR Entree level Police officer | | EMAIL | |

CHECK EACH STEP IN THE PROCESS THAT YOU COMPLETED, AND YOUR STATUS:
STEP: ☒ Application ☐ Dispatcher test battery ☐ Oral ☐ Polygraph/CVSA ☐ Background ☐ Chief's oral ☐ Conditional job offer withdrawn
STATUS ☐ Hired ☐ On list ☒ Withdrawn ☐ Disqualified

Initial this page to indicate that you have provided complete and accurate information: _JLW_

Exhibit C
Page 34

**PERSONAL HISTORY STATEMENT — ~~PUBLIC SAFETY~~ DISPATCHER**
POST 2-255 (04/05) – Page 15 of 24

**SECTION 5:  EXPERIENCE AND EMPLOYMENT** *continued*

40. Have you ever applied to any other law enforcement agency... *continued*

| B) NAME OF AGENCY | | DATE APPLIED |
|---|---|---|
| San Diego Police dept. | | |

| STREET ADDRESS | | BACKGROUND INVESTIGATOR'S NAME (IF KNOWN) | |
|---|---|---|---|
| 820 E street | | | |

| CITY | STATE | ZIP | CONTACT NUMBER | EXT |
|---|---|---|---|---|
| San diego | CA | 92101 | | |

| POSITION APPLIED FOR | EMAIL |
|---|---|
| Police officer Trainee | |

CHECK EACH STEP IN THE PROCESS THAT YOU COMPLETED, AND YOUR STATUS:

STEP: ☑ Application ☐ Dispatcher test battery ☐ Oral ☐ Polygraph/CVSA ☐ Background ☐ Chief's oral ☐ Conditional job offer withdrawn

STATUS: ☐ Hired ☐ On list ☑ Withdrawn ☐ Disqualified

| C) NAME OF AGENCY | | DATE APPLIED |
|---|---|---|
| Riverside County Sheriff's dept | | 06/05 |

| STREET ADDRESS | | BACKGROUND INVESTIGATOR'S NAME (IF KNOWN) | |
|---|---|---|---|
| | | | |

| CITY | STATE | ZIP | CONTACT NUMBER | EXT |
|---|---|---|---|---|
| | CA | | | |

| POSITION APPLIED FOR | EMAIL |
|---|---|
| | |

CHECK EACH STEP IN THE PROCESS THAT YOU COMPLETED, AND YOUR STATUS:

STEP: ☑ Application ☐ Dispatcher test battery ☑ Oral ☐ Polygraph/CVSA ☑ Background ☐ Chief's oral ☐ Conditional job offer withdrawn

STATUS: ☐ Hired ☑ On list ☐ Withdrawn ☐ Disqualified

**SECTION 6:  MILITARY EXPERIENCE**

41. Are you required to register for the Selective Service? ............................................................... ☐ Yes ☑ No

If yes, have you registered? ............................................................................................................ ☐ Yes ☑ No

If no, explain:

| 42. BRANCH OF SERVICE | 43. DATES OF SERVICE |
|---|---|
| MARINE CORPS | From 9/9/97 To 10/11/05 |

44. TYPE OF DISCHARGE: ☐ Entry Level ☑ Honorable ☐ General ☐ OTH (Other than Honorable) ☐ Bad Conduct ☐ Dishonorable

Re-entry Code (1–4) if applicable – *refer to your DD-214.*

45. Are you currently participating in one of the following? ☐ Military Reserve ☐ National Guard  If checked, date obligation ends:

46. Have you ever been the subject of any judicial or non-judicial disciplinary action (such as, court martial, captain's mast, office hours, company punishment)? ................................................................................. ☐ Yes ☑ No

47. Were you ever denied a security clearance, or had a clearance revoked, suspended or downgraded? .................... ☐ Yes ☑ No

If you answered yes to Questions 46 and/or 47, explain (include dates and circumstances):

Initial this page to indicate that you have provided complete and accurate information: _JLU_

Exhibit C
Page 35

**PERSONAL HISTORY STATEMENT — PUBLIC SAFETY DISPATCHER** 
POST 2-255 (04/05) – Page 16 of 24

| SECTION 7: FINANCIAL |
|---|

**48. INCOME AND EXPENSES**
For each of the following questions fill in the amounts to the nearest dollar.

| A) From your employer(s), what is your take-home monthly income?................................................ | $ 3400 per month |
|---|---|
| B) Do you have income other than from your salary or wages? .......................................... ☐ Yes ☑ No | |
| If yes, fill in amount............................................................ | $ ~~2900~~ per month |
| Explain: | |
| C) How much do you spend each month? ............................................................... | $ 2900 per month |

*Estimate your monthly living expenses; include housing, utilities, credit cards or other loan payments, food, gas and car maintenance, entertainment, etc., as well as any other obligation(s) you may have.*

| 49. Have you ever filed for or declared bankruptcy (Chapter 7, 11 or 13)?................................. | ☐ Yes | ☑ No |
|---|---|---|
| 50. Have any of your bills ever been turned over to a collection agency?................................. | ☑ Yes | ☐ No |
| 51. Have you ever had purchased goods repossessed?........................................................ | ☐ Yes | ☐ No |
| 52. Have your wages ever been garnished?..................................................................... | ☐ Yes | ☐ No |
| 53. Have you ever been delinquent on income or other tax payments?................................... | ☐ Yes | ☐ No |
| 54. Have you ever failed to file income tax or cheated/lied on an income tax form? ................ | ☐ Yes | ☐ No |
| 55. Have you ever had an employment bond refused?..................................................... | ☐ Yes | ☐ No |
| 56. Have you ever avoided paying any lawful debt by moving away?................................... | ☐ Yes | ☐ No |
| 57. Have you ever defaulted on (failed to pay) a loan?.................................................... | ☐ Yes | ☐ No |
| 58. Have you ever borrowed money to pay for a gambling debt?........................................ | ☐ Yes | ☐ No |
| If yes, do you currently have any outstanding debts as a result of gambling?.................. | ☐ Yes | ☐ No |
| 59. Have you ever spent money for illegal purposes (e.g., illegal drugs, prostitution, purchase of fraudulent documents, etc.)?.............. | ☐ Yes | ☐ No |
| 60. Have you ever failed to make or been late on a court-ordered payment (e.g., child support, alimony, restitution, etc.)? .................... | ☐ Yes | ☐ No |
| 61. Have you written three or more bad checks in a one-year period?................................. | ☐ Yes | ☐ No |

If you answered yes to any of Questions 49–61, explain (include when, where, and why; indicate corresponding number):

#50 - I was 19 years old or so. I hadn't payed my phone bill
because I lost track of time and didn't manage my money
as good as I do now. It was sent to a collection agency.
I didn't even know collection agencies existed. Since then
I've learned to pay everything on time.

Initial this page to indicate that you have provided complete and accurate information: JLW

Exhibit C
Page 36

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER** 
POST 2-255 (04/05) – Page 17 of 24

| SECTION 8: LEGAL |
|---|

**Disclosure of Convictions**

You are required to disclose *any* criminal conviction(s) which has not been sealed or expunged by a court pursuant to law. As an applicant for government employment, you are also required to disclose a criminal conviction expunged under Penal Code Section 1203.4. Consult with an attorney before failing to disclose a criminal conviction, as deliberate or significant omissions will result in disqualification. If more space is needed, continue on page 24.

62. Have you ever been convicted of any misdemeanor or felony in this or any other state or country? .............................................................................. ☑ Yes ☐ No

If yes, list all offenses, including those punishable under the Uniform Code of Military Justice:

If yes, explain each incident.

| A) APPROX DATE | ARRESTING OR DETAINING AGENCY |
|---|---|
| 01 / 95 | NYPD |

CHARGE: Tresspassing

DISPOSITION OR PENALTY: Possibly a fine, but cannot remember

| B) APPROX DATE | ARRESTING OR DETAINING AGENCY |
|---|---|
| 01 / 95 | NYPD |

CHARGE: Stood on top of a vehicle during a parade

DISPOSITION OR PENALTY: Detained in a police station room

| C) APPROX DATE | ARRESTING OR DETAINING AGENCY |
|---|---|
| 02 / 95 | NYPD |

CHARGE: Jumped over a turnstyle on way to school

DISPOSITION OR PENALTY: Detained

| D) APPROX DATE | ARRESTING OR DETAINING AGENCY |
|---|---|
| 01 / 96 | |

CHARGE: Harrasment to my Mother

DISPOSITION OR PENALTY: Possibly probation

63. Have you ever been placed on court probation as an adult? ............................................. ☐ Yes ☑ No

64. Were you ever required to appear before a juvenile court for an act which would have been a crime if committed as an adult? (You may answer "no" if your juvenile record has been sealed or expunged by the juvenile court.) ............................................. ☐ Yes ☑ No

65. Have you ever been a party in a civil lawsuit (e.g., small claims actions, dissolutions, child custody, paternity, support, etc.)? ............................................. ☐ Yes ☑ No

66. Have the police ever been called to your home for any reason? ............................................. ☐ Yes ☑ No

67. Have you or your spouse/partner ever been referred to Child Protective Services? ............................................. ☐ Yes ☑ No

Initial this page to indicate that you have provided complete and accurate information: JLN

Exhibit C
Page 37

PERSONAL HISTORY STATEMENT — PUBLIC SAFETY DISPATCHER 
POST 2-255 (04/05) – Page 18 of 24

**SECTION 8: LEGAL** *continued*

| | | Yes | No |
|---|---|---|---|
| 68. | Have you ever been the subject of an emergency protective order/restraining order/stay-away order? | ☐ Yes | ☑ No |
| 69. | Have you settled any civil suit in which you, your insurance company, or anyone else on your behalf was required to make payment to the other party? | ☐ Yes | ☑ No |
| 70. | Have you ever fraudulently received welfare, unemployment compensation, worker's compensation, or other state or federal assistance? | ☐ Yes | ☑ No |
| 71. | Have you ever filed a false insurance claim or worker's compensation claim? | ☐ Yes | ☑ No |

If you answered yes to any of Questions 63–71, explain (include court case or document, dates, and circumstances; indicate corresponding number):

---

**72. UNDETECTED ACTS – PART 1**

Within the past seven years **OR** at any time after you were first employed in law enforcement, have you ever committed any of the following misdemeanors?

| | | Yes | No |
|---|---|---|---|
| A) | Annoying / obscene phone calls | ☐ Yes | ☑ No |
| B) | Brandishing a weapon (any type of weapon) | ☐ Yes | ☑ No |
| C) | Carrying a concealed weapon without a permit | ☐ Yes | ☑ No |
| D) | Contributing to the delinquency of a minor | ☐ Yes | ☑ No |
| E) | Defrauding an innkeeper (not paying for food or room at a hotel/motel) | ☐ Yes | ☑ No |
| F) | Driving under the influence of alcohol and/or drugs | ☐ Yes | ☑ No |
| G) | Drunk in public (being so intoxicated in a public place that you're not able to care for yourself) | ☐ Yes | ☑ No |
| H) | Hit & run collision (no injuries) | ☐ Yes | ☑ No |
| I) | Hunting/fishing without a license | ☐ Yes | ☑ No |
| J) | Illegal gambling | ☐ Yes | ☑ No |
| K) | Impersonating a peace officer (pretending to be a police officer) | ☐ Yes | ☑ No |
| L) | Indecent exposure (including flashing or mooning) | ☐ Yes | ☑ No |
| M) | Joyriding (using a car or other vehicle without owner's permission) | ☐ Yes | ☑ No |
| N) | Petty theft (value up to $400, including shoplifting/switching price tags) | ☐ Yes | ☑ No |
| O) | Possession of alcohol as a minor | ☐ Yes | ☑ No |

Initial this page to indicate that you have provided complete and accurate information: JLW

Exhibit C
Page 38

**PERSONAL HISTORY STATEMENT — PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 19 of 24

| SECTION 8: LEGAL *continued* |
|---|
| 72. UNDETECTED ACTS – PART 1 *continued* |

| | | | |
|---|---|---|---|
| P) | Possession of falsified or altered identification, including use of another person's ID (for any reason)............... | ☐ Yes | ☑ No |
| Q) | Possession of stolen property (including vehicles)............... | ☐ Yes | ☑ No |
| R) | Prostitution or soliciting a prostitute............... | ☐ Yes | ☑ No |
| S) | Resisting arrest (including running from the police)............... | ☐ Yes | ☑ No |
| T) | Trespassing............... | ☐ Yes | ☑ No |
| U) | Vandalism (including "tagging," malicious mischief and/or property damage)............... | ☐ Yes | ☑ No |
| V) | Intentionally writing a bad check............... | ☐ Yes | ☑ No |
| W) | Filing a false police report............... | ☐ Yes | ☑ No |
| X) | Any other act amounting to a misdemeanor within the past seven years............... | ☐ Yes | ☑ No |

If you answered yes to *any* item(s) in **Question 72**, fully explain circumstances, including date(s), names of individuals involved, and resolution. Indicate the corresponding letter *(72-A, etc.)* for each explanation.

| 73. UNDETECTED ACTS – PART 2 |
|---|
| *At any time in your life have you ever committed any of the following?* |

| | | | |
|---|---|---|---|
| A) | Arson (intentionally destroying property by setting a fire)............... | ☐ Yes | ☑ No |
| B) | Assault with a deadly weapon............... | ☐ Yes | ☑ No |
| C) | Theft of a vehicle and/or vehicle parts............... | ☐ Yes | ☑ No |
| D) | Burglary (entering a structure or vehicle to commit theft or other crime)............... | ☐ Yes | ☑ No |
| E) | Child molestation (performing unlawful acts with a child)............... | ☐ Yes | ☑ No |
| F) | Accessing and/or possessing child pornography............... | ☐ Yes | ☑ No |

Initial this page to indicate that you have provided complete and accurate information: JLV

Exhibit C
Page 39

PERSONAL HISTORY STATEMENT – BLIC SAFETY DISPATCHER 
POST 2-255 (04/05) – Page 20 of 24

| SECTION 8:  LEGAL (Question 73) *continued* | | |
|---|---|---|
| G)  Elder abuse/neglect | ☐ Yes | ☑ No |
| H)  Embezzlement (theft of money or other valuables entrusted to you) | ☐ Yes | ☑ No |
| I)  Felony drunk driving (involving injuries) | ☐ Yes | ☑ No |
| J)  Forcible rape or other act of unlawful intercourse | ☐ Yes | ☑ No |
| K)  Forgery (falsifying any type of document, check certificate, license, currency, etc.) | ☐ Yes | ☑ No |
| L)  Hit-&-run (with injuries) | ☐ Yes | ☑ No |
| M)  Hate crime | ☐ Yes | ☑ No |
| N)  Insurance fraud | ☐ Yes | ☑ No |
| O)  Grand theft (value of over $400, or any firearm) | ☐ Yes | ☑ No |
| P)  Murder, homicide, or attempted murder | ☐ Yes | ☑ No |
| Q)  Perjury (lying under oath) | ☐ Yes | ☑ No |
| R)  Possession of an explosive/destructive device | ☐ Yes | ☑ No |
| S)  Robbery (theft from another person using a weapon, force, or fear) | ☐ Yes | ☑ No |
| T)  Stalking | ☐ Yes | ☑ No |
| U)  Blackmail or extortion | ☐ Yes | ☑ No |
| V)  Any other act amounting to a felony | ☐ Yes | ☑ No |

If you answered yes to *any* item(s) in Question 73,  fully explain circumstances, including date(s), names of individuals involved, and resolution.
Indicate the corresponding letter *(73-A, etc.)* for each explanation.

Initial this page to indicate that you have provided complete and accurate information: JLV

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 21 of 24

**SECTION 8: LEGAL** *continued*

Questions 74 and 75 ask about your current and past recreational drug use. This covers the use of *any* drug, including the unauthorized use of prescription drugs or over-the-counter drugs. Your answers should include, *but not be limited to,* your use of any of the following drugs:

| | | |
|---|---|---|
| – Amphetamines / Methamphetamines *(Uppers, Speed, Crank, etc)* | – Glue | – Mescaline |
| – Barbiturates *(Downers)* | – Hallucinogenics *(Peyote, LSD, Mushrooms)* | – Morphine |
| – Cocaine / Crack Cocaine | – Hashish / Hashish Oil | – PCP / Angel Dust |
| – Designer Drugs *(Ecstasy, Synthetic Heroin, etc.)* | – Heroin / Opium | – Quaaludes |
| – GHB *(Date Rape Drug)* | – Marijuana | – Steroids |
| | | – Tetrahydrocannabinal (THC) |

74. *Within the past six months,* have you used any drug(s) as indicated above? ................................. ☐ Yes ☑ No

If yes, give details, including <u>drug(s) used</u>, <u>number of times</u>, over what <u>time period(s)</u>, and <u>circumstances</u>:


75. *Prior to the past six months* (check all that apply):

☐ I have *never* used any drug recreationally.

☑ I have tried or used one or more drugs, but only under *limited* circumstances *(for example, experimentation, at parties, concerts, special events, etc.).*

If checked, give details including <u>drug(s) used</u>, estimated <u>number of times</u>, over what <u>time period(s)</u>, and <u>circumstances</u>.

*I experimented with Marijuana 3 times while in high school. Once I knew I was joining the military I never experimented with anything again.*

☐ I used drugs on a *regular* basis *(from one to several times a week or more).*

If checked, ONLY indicate the <u>time period(s)</u> of drug use. DO NOT include the drug(s) used or frequency of use.


76. Have you *ever* engaged in any of the activities listed below for drugs, narcotics or illegal substances, including marijuana?

☐ Sold          ☑ Purchased          ☐ Cultivated

☐ Manufactured          ☐ Furnished          ☐ Carried or held for another

If you checked any items above, give details including <u>drug(s) involved</u>, over what <u>time period(s)</u>, and <u>circumstances</u>.

*I've purchased Marijuana 3 times in my highschool period. I was young and wanted to experiment.*

Initial this page to indicate that you have provided complete and accurate information: *JLN*

Exhibit C
Page 41

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 22 of 24

| SECTION 9: MOTOR VEHICLE OPERATION |
|---|

| 77. CURRENT DRIVER'S LICENSE NUMBER | STATE OF ISSUE | EXPIRATION DATE | NAME UNDER WHICH LICENSE WAS GRANTED |
|---|---|---|---|
| ~~D5082898~~ | CA | 10-8-05 | Jose Luis Nazario jr |

78. LIST OTHER STATES WHERE YOU HAVE BEEN LICENSED TO OPERATE A MOTOR VEHICLE:

| State of issue | Type of license | Name under which license was granted and license number, if known |
|---|---|---|
| North carolina | class C | Jose Luis Nazario Jr. |
|  |  |  |
|  |  |  |
|  |  |  |

79. Have you ever been refused a driver's license by any state? ......................................... ☐ Yes ☒ No

If yes, explain (include when, where, and circumstances):

80. List all traffic citations, excluding parking citations, you have received within the past seven years:

| A) NATURE OF VIOLATION  Speeding | | LOCATION (CITY, STATE)  ? , North carolina |
|---|---|---|
| DATE VIOLATION OCCURRED  Month 01  Year 2001 | ACTION TAKEN  ☐ Not Guilty  ☑ Fined  ☐ Traffic School  ☐ Dismissed | |

| B) NATURE OF VIOLATION | | LOCATION (CITY, STATE) |
|---|---|---|
| DATE VIOLATION OCCURRED  Month  Year | ACTION TAKEN  ☐ Not Guilty  ☐ Fined  ☐ Traffic School  ☐ Dismissed | |

| C) NATURE OF VIOLATION | | LOCATION (CITY, STATE) |
|---|---|---|
| DATE VIOLATION OCCURRED  Month  Year | ACTION TAKEN  ☐ Not Guilty  ☐ Fined  ☐ Traffic School  ☐ Dismissed | |

| D) NATURE OF VIOLATION | | LOCATION (CITY, STATE) |
|---|---|---|
| DATE VIOLATION OCCURRED  Month  Year | ACTION TAKEN  ☐ Not Guilty  ☐ Fined  ☐ Traffic School  ☐ Dismissed | |

E) Has a traffic citation ever resulted in a warrant or caused your driver's license to be withheld due to the following? (Check all that apply)

☐ Failed to appear   ☐ Failed to complete traffic school   ☐ Failed to pay the required fine

If checked, explain circumstances:

81. Have you ever driven a vehicle without auto insurance, as required by law? ........................................ ☐ Yes ☐ No

If yes, give reason:

| DATE  Month   Year | LOCATION (CITY, STATE) |
|---|---|

Initial this page to indicate that you have provided complete and accurate information: JLN

Exhibit C
Page 42

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER**
POST 2-255 (04/05) – Page 23 of 24

## SECTION 9: MOTOR VEHICLE OPERATION *continued*

82. Have you ever been refused automobile liability insurance or a bond, or had them cancelled?...................................... ☐ Yes ☑ No

| If yes, give reason: | INSURANCE COMPANY |
|---|---|
| DATE<br>Month          Year | ADDRESS |

Use this space for additional information you would like to include regarding your driving record.

## SECTION 10: OTHER TOPICS

83. Have you ever been refused a permit to carry a concealed weapon? .................................................... ☐ Yes ☑ No

84. Are you now, or have you ever been, a member or associate of a criminal enterprise, street gang, or any other group that advocates violence against individuals because of their race, religion, political affiliation, ethnic origin, nationality, gender, sexual preference, or disability?........................................................................ ☐ Yes ☑ No

85. Do you have, or have you ever had, a tattoo signifying membership in, or affiliation with, a criminal enterprise, street gang, or any other group that advocates violence against individuals because of their race, religion, political affiliation, ethnic origin, nationality, gender, sexual preference, or disability?.................... ☐ Yes ☑ No

86. Since the age of 16, have you ever been involved in an anger-provoked physical fight, confrontation or other violent act? ........................................................................................................................ ☑ Yes ☐ No

87. Have you ever hit or physically overpowered a spouse or romantic partner? ............................... ☐ Yes ☐ No

If you answered yes to any of Questions 83–87, give details including dates and circumstances; indicate corresponding number.

86 – A friend of mine shot me in the face with a paint ball gun in 1999. I was so angry that he had no respect for my safety. I could have lost an eyeball. I chased him to his room and punched him in the nose before some mutual friends broke us up.

   – In 1998 a fellow marine pushed me from behind to look tough in front of his friends. I defended myself by punching back.

## SECTION 11: CERTIFICATION

88. I hereby certify that I have personally completed and initialed each page of this form and any supplemental page(s) attached, and that all statements made are true and complete to the best of my knowledge and belief. I understand that any misstatement of material fact may subject me to disqualification; or, if I have been appointed, may disqualify me from continued employment.

SIGNATURE IN FULL *Jose Njaro*          DATE 05/05/06

Initial this page to indicate that you have provided complete and accurate information: JLU

Exhibit C
Page 43

**PERSONAL HISTORY STATEMENT – PUBLIC SAFETY DISPATCHER** 
POST 2-255 (04/05) – Page 24 of 24

**ADDITIONAL SPACE**

- Duplicate this page as needed to include additional information that does not fit elsewhere on this form (e.g., additional family members, schools, residences, employers, explanations to questions, etc.)

- Identify the corresponding question and specific item being referenced.

Initial this page to indicate that you have provided complete and accurate information: JLW

Exhibit C
Page 44