# EXHIBIT 1

Exhibit ___1___, Page __12__.

(SPACE BELOW FOR
FILING STAMP ONLY)

1  Richard D. Roth, Esq. (State Bar No. 94479)
   **ROTH CARNEY KNUDSEN, LLP**
2  3850 Vine Street, Suite 240
   Riverside, California 92507
3  (951) 682-6500/Telephone
   (951) 682-6591/Facsimile
4  rroth@rothcarney.com

5  Timothy T. Coates (State Bar No. 110364)
   Cynthia E. Tobisman (State Bar No. 197983)
6  **GREINES, MARTIN, STEIN & RICHLAND
   LLP**
7  5900 Wilshire Boulevard, 12th Floor
   Los Angeles California 90036-3626
8  (310) 859-7811/Telephone
   (310) 276-5261/Facsimile
9  tcoates@gmsr.com
   ctobisman@gmsr.com

10
11 James E. Brown, Esq. (State Bar No. 162579)
   Supervising Deputy City Attorney
   **CITY OF RIVERSIDE**
12 3900 Main Street
   Riverside, California 92522
13 (951) 826-5691/Telephone
   (951) 826-5540/Facsimile
14 jbrown@riversideca.gov

15
   Attorneys for Defendants CITY OF RIVERSIDE
16
17         UNITED STATES DISTRICT COURT
18         CENTRAL DISTRICT OF CALIFORNIA
19
20 JOSE LUIS NAZARIO, Jr., an          CASE NO.  CV 10-01731 JFW
   Individual,                         (DTBx)
21
              Plaintiff,               **DEFENDANT'S RESPONSE TO
22                                     PLAINTIFF'S REQUEST FOR
   vs.                                 ADMISSIONS – SET NO. 1**
23
   CITY OF RIVERSIDE; and DOES 1-10,   **Honorable John F. Walter**
24                                     **U.S. District Court Judge**
              Defendants.
25
26 PROPOUNDING PARTY:    Plaintiff JOSE LUIS NAZARIO, JR.
27 RESPONDING PARTY:     Defendant CITY OF RIVERSIDE
28 SET NO.:              ONE (1)        Exhibit __1__, Page __13__.

                                 -1-

DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS - SET NO. 1
I:\RDR\WP\R0072\028\RESRFA1.wpd

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

and/or his counsel than to Defendant.  Defendant objects generally to each Admission to the extent it seeks information not within the possession, custody or control of Defendant.  Defendant objects generally to each Admission to the extent it is vague, ambiguous, and unintelligible, and requires Defendant to speculate as to NAZARIO's intended meaning.  Defendant objects generally to the Admissions to the extent that the Admissions contained therein are overly broad, unduly burdensome, and oppressive.  Defendant objects generally to the Admissions to the extent that the Admissions contained therein seek confidential, proprietary, and/or trade secret information of Defendant and/or confidential information of third parties.  No such information or documents will be produced without an appropriate protective order.  Nothing herein shall be construed as an admission or waiver by Defendant of its: (i) rights respecting admissibility, competency, relevance, privilege, materiality and authenticity of the information provided in the Responses, documents identified in the Responses or the subject matter thereof; (ii) objections due to vagueness, ambiguity or undue burden; and (iii) rights to object to the use of information provided in the Responses, documents identified in the Responses, or the subject matter contained therein, during a subsequent proceeding, including the trial of this or any other action.

## III.  RESPONSES AND OBJECTIONS TO REQUEST FOR ADMISSIONS

### REQUEST FOR ADMISSION NO.1:

Admit that PLAINTIFF was honorably discharged from the United States Marine Corps.

### RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Admit.

### REQUEST FOR ADMISSION NO.2:

Admit that at all times during PLAINTIFF'S employment with DEFENDANT, his services met the standard for the position of police officer.

///

Exhibit ___/___, Page _14_.

-3-

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

2        Admit.

3   DATED: August 23, 2010            ROTH CARNEY KNUDSEN, LLP

4                                     By:

5                                        Richard D. Roth
                                         Attorneys for Defendant
6                                        CITY OF RIVERSIDE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                     Exhibit ___1___, Page __15__.

-18-

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

**VERIFICATION**

I, the undersigned, certify and declare that I have read the foregoing RESPONSE TO REQUEST FOR ADMISSIONS, SET ONE contents.  The statement following the box checked is applicable.

[ ]    I am a party to this action.  The matters stated in the document described above are true of my own knowledge and belief except as to those matters stated on information and belief, and as to those matters I believe them to be true.

[X]    I am [X] an officer  [ ] a partner  [ ] the Risk Manager for the City of Riverside, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.  I am informed and believe and on that ground allege that the matters stated in the document described above are true.

[ ]    I am the attorney, or one of the attorneys for                    , a party to this action.  Such party is absent from the county where I or such attorneys have their offices and is unable to verify the document described above.  For that reason, I am making this verification for and on behalf of that party.  I am informed and believe and on that ground allege that the matters stated in said document are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 3 rd day of September, 2010, at Riverside, California.

M. Dore

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

-20-

DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS, SET
I:\RDR\WP\R0072\028\RESRFA1.wpd

Exhibit ___ Page 16

# EXHIBIT 2

Exhibit _2_, Page _17_.

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION


JOSE LUIS NAZARIO, Jr., an       )
Individual,                      )
                                 )
                Plaintiff,       )
                                 )  No. CV10-1731 VAP
        vs.                      )  (DTBx)
                                 )
CITY OF RIVERSIDE; and DOES      )
1 - 10,                          )
                                 )
                Defendants.      )
                                 )



DEPOSITION OF MICHAEL J. BLAKELY

WEDNESDAY, DECEMBER 22, 2010

RIVERSIDE, CALIFORNIA




Reported by:

CARA JACOBSEN

CSR No. 13053

File No. 101222CJA



Exhibit 2, Page 18.

SOUND DEPOSITION SERVICES, INC.
(888) 297-6863

023cc349-b4f9-4996-a7fb-bbe37075080e

Page 13

1    but were you assigned to a particular department or

2    bureau?

3         A.   Yes.

4         Q.   And what department or bureau would that be?

5         A.   Support Services Division.

6         Q.   And so on August 7th of 2007, you were a

7    police captain with the support services, correct?

8         A.   Yes.

9         Q.   And when did you become a police captain in

10   the support services?

11        A.   I believe in August of 2006.

12        Q.   Do you recognize the name Jose Luis Nazario,

13   Jr.?

14        A.   Yes.

15        Q.   Who is he?

16        A.   The gentleman that's sitting at the end of

17   the table.

18        Q.   Formerly employed by the City of Riverside?

19        A.   Yes.

20        Q.   And you may not know the exact dates, but

21   I'll represent to you that he was employed from

22   November 14, '05, to August 7, '07.

23             Does that sound right to you?

24        A.   Yes, it does.

25        Q.   And you were employed during that same time

```
 1    STATE OF CALIFORNIA          )

                                   )   ss.

 2    COUNTY OF LOS ANGELES        )

 3

 4          I, CARA JACOBSEN, CSR No. 13053, a court

 5    reporter for the County of Los Angeles, State of

 6    California, do hereby certify;

 7          That prior to being examined, MICHAEL J.

 8    BLAKELY, the witness named in the foregoing

 9    deposition, was by me duly sworn to testify the

10    truth, the whole truth, and nothing but the truth;

11          That said deposition was taken before me at

12    the time and place herein set forth, and was taken by

13    me in shorthand and thereafter transcribed into

14    typewriting under my direction and supervision, and I

15    hereby certify that the said deposition is a full,

16    true and correct transcript of my shorthand notes so

17    taken;

18          I further certify that I am neither counsel

19    for nor related to any party to said action, nor in

20    any way interested in the outcome thereof.

21          IN WITNESS WHEREOF, I hereto subscribe my

22    name this 6th day of January, 2011.

23

24          _____

             Certified Shorthand Reporter in and for the

25          County of Los Angeles, State of California

                                                        291
```

# EXHIBIT 3

Exhibit _3_, Page _21_.

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION


JOSE LUIS NAZARIO, Jr., an   )
Individual,                  )
                             )
            Plaintiff,       )
                             )  No. CV10-1731 VAP
        vs.                  )  (DTBx)
                             )
CITY OF RIVERSIDE; and DOES  )
1 - 10,                      )
                             )
            Defendants.      )
                             )




            DEPOSITION OF MICHAEL J. BLAKELY

            WEDNESDAY, DECEMBER 22, 2010

            RIVERSIDE, CALIFORNIA




Reported by:

CARA JACOBSEN

CSR No. 13053

File No. 101222CJA


Exhibit __3__, Page 22.

023cc349-b4f9-4996-a7fb-bbe37075080e

Page 124

1  information that the chief had, that that was the
2  right decision.
3      Q.    So once there was the information that was
4  conveyed on July -- 19th?
5          MR. ROTH:   July 19th.
6  BY MR. PREIS:
7      Q.    -- July 19, 2007, based on that information,
8  after that information came out about Nazario
9  allegedly killing two Iraqis and being involved in
10  killing perhaps two others, once that information was
11  presented to RPD by O'Brien, did anyone on RPD's
12  side -- specifically meaning you, De La Rosa, or
13  Leach -- express any reservations about terminating
14  Nazario or was it unanimous?
15      A.    I believe we were all in agreement.
16      Q.    And when did that discussion take place; did
17  that take place on July 19th?
18      A.    Yes.
19      Q.    Was there any discussion about Nazario's
20  rights as a veteran?
21      A.    I don't recall we discussed that issue.
22      Q.    Up until that time, had you ever heard the
23  term "USERRA"?
24      A.    No, I had not.
25      Q.    Do you know what that means as you sit here

1    STATE OF CALIFORNIA          )

                                  )   ss.

2    COUNTY OF LOS ANGELES        )

3

4         I, CARA JACOBSEN, CSR No. 13053, a court

5    reporter for the County of Los Angeles, State of

6    California, do hereby certify;

7         That prior to being examined, MICHAEL J.

8    BLAKELY, the witness named in the foregoing

9    deposition, was by me duly sworn to testify the

10   truth, the whole truth, and nothing but the truth;

11        That said deposition was taken before me at

12   the time and place herein set forth, and was taken by

13   me in shorthand and thereafter transcribed into

14   typewriting under my direction and supervision, and I

15   hereby certify that the said deposition is a full,

16   true and correct transcript of my shorthand notes so

17   taken;

18        I further certify that I am neither counsel

19   for nor related to any party to said action, nor in

20   any way interested in the outcome thereof.

21        IN WITNESS WHEREOF, I hereto subscribe my

22   name this 6th day of January, 2011.

23

24        _Cara Jacobsen_____

          Certified Shorthand Reporter in and for the

25        County of Los Angeles, State of California

                                                      291

# EXHIBIT 4

Exhibit __4__, Page __25__.

(SPACE BELOW FOR
FILING STAMP ONLY)

1  Richard D. Roth, Esq. (State Bar No. 94479)
   **ROTH CARNEY KNUDSEN, LLP**
2  3850 Vine Street, Suite 240
   Riverside, California 92507
3  (951) 682-6500/Telephone
   (951) 682-6591/Facsimile
4  rroth@rothcarney.com

5  Timothy T. Coates (State Bar No. 110364)
   Cynthia E. Tobisman (State Bar No. 197983)
6  **GREINES, MARTIN, STEIN & RICHLAND
   LLP**
7  5900 Wilshire Boulevard, 12th Floor
   Los Angeles California 90036-3626
8  (310) 859-7811/Telephone
   (310) 276-5261/Facsimile
9  tcoates@gmsr.com
   ctobisman@gmsr.com
10
11 James E. Brown, Esq. (State Bar No. 162579)
   Supervising Deputy City Attorney
   **CITY OF RIVERSIDE**
12 3900 Main Street
   Riverside, California 92522
13 (951) 826-5691/Telephone
   (951) 826-5540/Facsimile
14 jbrown@riversideca.gov

15
   Attorneys for Defendants CITY OF RIVERSIDE
16

17

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20  JOSE LUIS NAZARIO, Jr., an        CASE NO.  CV 10-01731 JFW
    Individual,                       (DTBx)
21
                    Plaintiff,        **DEFENDANT'S RESPONSE TO
22                                    PLAINTIFF'S REQUEST FOR
    vs.                               ADMISSIONS - SET NO. 1**
23
    CITY OF RIVERSIDE; and DOES 1-10, **Honorable John F. Walter
24                                    U.S. District Court Judge**
                    Defendants.
25

26  PROPOUNDING PARTY:    Plaintiff JOSE LUIS NAZARIO, JR.

27  RESPONDING PARTY:     Defendant CITY OF RIVERSIDE

28  SET NO.:              ONE (1)        Exhibit  4 , Page 26 .

                          -1-
        **DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS - SET NO. 1**
   I:\RDR\WP\R0072\028\RESRFA1.wpd

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Admit.

**REQUEST FOR ADMISSION NO.3:**

Admit that DEFENDANT arrested PLAINTIFF on August 7, 2007.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Deny.

**REQUEST FOR ADMISSION NO.4:**

Admit that DEFENDANT TERMINATED PLAINTIFF'S employment on August 7, 2007, after his arrest.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admit Plaintiff was terminated at or about the time of his arrest.

**REQUEST FOR ADMISSION NO.5:**

Admit that at the time of PLAINTIFF'S TERMINATION from employment with DEFENDANT on August 7, 2007, DEFENDANT was aware that the basis for PLAINTIFF'S arrest was some alleged misconduct during his military service with the United States Marine Corps in Iraq.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Admit.

**REQUEST FOR ADMISSION NO.6:**

Admit that DEFENDANT TERMINATED PLAINTIFF'S employment because he was arrested on August 7, 2007, for some alleged misconduct during his military service with the United States Marine Corps in Iraq.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Admit Plaintiff was terminated because of his arrest and impending criminal prosecution.

**REQUEST FOR ADMISSION NO.7:**

Admit that PLAINTIFF'S alleged misconduct while serving in the military with the United States Marine Corps in Iraq was one of the factors DEFENDANT

Exhibit 4, Page 27

-4-

**RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

Admit.

DATED: August 23, 2010                    ROTH CARNEY KNUDSEN, LLP

By: _____
   Richard D. Roth
   Attorneys for Defendant
   CITY OF RIVERSIDE

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

Exhibit  4 , Page 28 .

-18-

**VERIFICATION**

1       I, the undersigned, certify and declare that I have read the foregoing RESPONSE TO

2  REQUEST FOR ADMISSIONS, SET ONE contents.  The statement following the box checked

3  is applicable.

4  [ ]      I am a party to this action.  The matters stated in the document described above are true

5       of my own knowledge and belief except as to those matters stated on information and

6       belief, and as to those matters I believe them to be true.

7  [X]      I am ☒ an officer  [ ] a partner  [ ] the Risk Manager for the City of Riverside, a party to

8       this action, and am authorized to make this verification for and on its behalf, and I make

9       this verification for that reason.  I am informed and believe and on that ground allege that

10       the matters stated in the document described above are true.

11  [ ]      I am the attorney, or one of the attorneys for          , a party to this action.  Such

12       party is absent from the county where I or such attorneys have their offices and is unable

13       to verify the document described above.  For that reason, I am making this verification

14       for and on behalf of that party.  I am informed and believe and on that ground allege that

15       the matters stated in said document are true.

16       I declare under penalty of perjury under the laws of the State of California that the

17  foregoing is true and correct.

18       Executed on the 3 rd day of September, 2010, at Riverside, California.

19

20                      M. _____

21                    _____

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

-20-

Exhibit 4  Page 29

# EXHIBIT 5

Exhibit _5_, Page _30_.

(SPACE BELOW FOR
FILING STAMP ONLY)

Richard D. Roth, Esq. (State Bar No. 94479)
**ROTH CARNEY KNUDSEN, LLP**
3850 Vine Street, Suite 240
Riverside, California 92507
(951) 682-6500/Telephone
(951) 682-6591/Facsimile
rroth@rothcarney.com

Timothy T. Coates (State Bar No. 110364)
Cynthia E. Tobisman (State Bar No. 197983)
**GREINES, MARTIN, STEIN & RICHLAND LLP**
5900 Wilshire Boulevard, 12th Floor
Los Angeles California 90036-3626
(310) 859-7811/Telephone
(310) 276-5261/Facsimile
tcoates@gmsr.com
ctobisman@gmsr.com

James E. Brown, Esq. (State Bar No. 162579)
Supervising Deputy City Attorney
**CITY OF RIVERSIDE**
3900 Main Street
Riverside, California 92522
(951) 826-5691/Telephone
(951) 826-5540/Facsimile
jbrown@riversideca.gov

Attorneys for Defendants CITY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS NAZARIO, Jr., an Individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF RIVERSIDE; and DOES 1-10,<br><br>                    Defendants. | CASE NO.  CV 10-01731 JFW (DTBx)<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS - SET NO. 1**<br><br>**Honorable John F. Walter**<br>**U.S. District Court Judge** |

PROPOUNDING PARTY:   Plaintiff JOSE LUIS NAZARIO, JR.

RESPONDING PARTY:    Defendant CITY OF RIVERSIDE

SET NO.:             ONE (1)        Exhibit  5 , Page 31 .

-1-

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

2      Admit.

3  **REQUEST FOR ADMISSION NO.3:**

4      Admit that DEFENDANT arrested PLAINTIFF on August 7, 2007.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

6      Deny.

7  **REQUEST FOR ADMISSION NO.4:**

8      Admit that DEFENDANT TERMINATED PLAINTIFF'S employment on

9  August 7, 2007, after his arrest.

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

11      Admit Plaintiff was terminated at or about the time of his arrest.

12  **REQUEST FOR ADMISSION NO.5:**

13      Admit that at the time of PLAINTIFF'S TERMINATION from employment

14  with DEFENDANT on August 7, 2007, DEFENDANT was aware that the basis

15  for PLAINTIFF'S arrest was some alleged misconduct during his military service

16  with the United States Marine Corps in Iraq.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

18      Admit.

19  **REQUEST FOR ADMISSION NO.6:**

20      Admit that DEFENDANT TERMINATED PLAINTIFF'S employment

21  because he was arrested on August 7, 2007, for some alleged misconduct during

22  his military service with the United States Marine Corps in Iraq.

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

24      Admit Plaintiff was terminated because of his arrest and impending criminal

25  prosecution.

26  **REQUEST FOR ADMISSION NO.7:**

27      Admit that PLAINTIFF'S alleged misconduct while serving in the military

28  with the United States Marine Corps in Iraq was one of the factors DEFENDANT

Exhibit __5__, Page __32__.

-4-

**RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

Admit.

DATED: August 23, 2010                    ROTH CARNEY KNUDSEN, LLP

By: _____
Richard D. Roth
Attorneys for Defendant
CITY OF RIVERSIDE

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

Exhibit 5, Page 33

-18-

ROTH CARNEY KNUDSEN LLP
3850 VINE STREET, SUITE 240
RIVERSIDE, CALIFORNIA 92507

## VERIFICATION

I, the undersigned, certify and declare that I have read the foregoing RESPONSE TO REQUEST FOR ADMISSIONS, SET ONE contents.  The statement following the box checked is applicable.

[ ]    I am a party to this action.  The matters stated in the document described above are true of my own knowledge and belief except as to those matters stated on information and belief, and as to those matters I believe them to be true.

[X]    I am [X] an officer  [ ] a partner  [ ] the Risk Manager for the City of Riverside, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.  I am informed and believe and on that ground allege that the matters stated in the document described above are true.

[ ]    I am the attorney, or one of the attorneys for     , a party to this action.  Such party is absent from the county where I or such attorneys have their offices and is unable to verify the document described above.  For that reason, I am making this verification for and on behalf of that party.  I am informed and believe and on that ground allege that the matters stated in said document are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 3 rd day of September, 2010, at Riverside, California.

                        M. Dove

-20-


Exhibit 5, Page 34