**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS NAZARIO, JR., AN INDIVIDUAL, | Case No. CV 10-01731 VAP(DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF RIVERSIDE; AND DOES 1-10, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant and that Plaintiff take nothing on his Complaint, and his action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 25, 2011

VIRGINIA A. PHILLIPS
United States District Judge